1  John M. Desmarais (SBN 320875)
   jdesmarais@desmaraisllp.com
2  Emily H. Chen (SBN 302966)
   echen@desmaraisllp.com
3  DESMARAIS LLP
   101 California Street
4  San Francisco, California 94111
   Telephone: (415) 573-1900
5  Facsimile: (415) 573-1901

6  Ameet A. Modi (*pro hac vice*)
   amodi@desmaraisllp.com
7  Cosmin Maier (*pro hac vice*)
   cmaier@desmaraisllp.com
8  DESMARAIS LLP
   230 Park Avenue
9  New York, New York 10169
   Telephone: (212) 351-3400
10 Facsimile: (212) 351-3401

11 *Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> IXI MOBILE (R&D) LTD. and IXI IP, LLC, <br><br> Defendants. | Case No. 19-cv-06769-HSG <br><br> **JOINT STIPULATION AND ORDER REGARDING DEADLINE FOR IXI IP, LLC'S RESPONSE** <br><br> Place: Oakland Courthouse, Courtroom 2 <br> Judge: Hon. Haywood S. Gilliam, Jr. |

# STIPULATION AND ORDER REGARDING DEADLINE FOR IXI IP, LLC'S RESPONSE

WHEREAS, plaintiff Apple Inc. ("Apple") filed its complaint on October 18, 2019, naming as defendants IXI Mobile (R&D) Ltd. and IXI IP, LLC (together, "IXI") (D.I. 1);

WHEREAS, on November 25, 2019, Apple requested IXI waive service under Rule 4;

WHEREAS, on December 19, 2019, IXI returned executed Rule 4 forms to Apple, thereby waiving service of process by the time period prescribed by Rule 4;

WHEREAS, as a result of the waiver of service under Rule 4, IXI IP, LLC, a domestic entity, has a response date of January 25, 2020, and IXI Mobile (R&D) Ltd., a foreign entity, has response date of February 24, 2020;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

I)	Notwithstanding the times set forth in Rule 4 the time for IXI IP, LLC to submit a response pursuant to Rule 12 will be February 24, 2020;

II)	No other dates or deadlines shall be modified by this stipulation and order; and

III)	This extension of time is without prejudice to any party, and shall not be construed or otherwise used in any way to support a contention of delay, untimeliness, or lack of irreparable harm to any party arising from the acts alleged in this action. Nor shall this extension of time be construed or argued to relieve any party from participating in any proceedings occurring prior to the filing of IXI's response.

Dated: January 2, 2020

| | |
|---|---|
| /s/ Ameet A. Modi | /s/ Hamad M. Hamad |
| John M. Desmarais (SBN 320875)<br>jdesmarais@desmaraisllp.com<br>Emily H. Chen (SBN 302966)<br>echen@desmaraisllp.com<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, California 94111<br>Telephone: (415) 573-1900<br>Facsimile: (415) 573-1901<br><br>Ameet A. Modi (*pro hac vice*)<br>amodi@desmaraisllp.com<br>Cosmin Maier (*pro hac vice*)<br>cmaier@desmaraisllp.com<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, New York 10169<br>Telephone: (212) 351-3400<br>Facsimile: (212) 351-3401<br><br>*Attorneys for Plaintiff Apple Inc.* | John V. Picone III (SBN 187226)<br>jpicone@hopkinscarley.com<br>Jennifer S. Coleman (SBN 213210)<br>jcoleman@hopkinscarley.com<br>HOPKINS & CARLEY<br>70 South First St.<br>San Jose, California 95113<br>Telephone: (408) 286-9800<br><br>Jason D. Cassady (*pro hac vice*)<br>jcassady@caldwellcc.com<br>Hamad M. Hamad (*pro hac vice*)<br>hhamad@caldwellcc.com<br>Robert Seth Reich, Jr. (*pro hac vice*)<br>sreich@caldwellcc.com<br>CALDWELL CASSADY & CURRY P.C.<br>2101 Cedar Springs Rd. Ste. 1000<br>Dallas, Texas 75201<br>Telephone: (214) 888-4848<br><br>*Attorneys for Defendants IXI Mobile (R&D) Ltd. and IXI IP, LLC* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/3/2020    By: /s/ Haywood S. Gilliam, Jr.
Honorable Haywood S. Gilliam, Jr.