1 | Jason D. Cassady (*pro hac vice*)
jcassady@caldwellcc.com
2 | Hamad M. Hamad (*pro hac vice*)
hhamad@caldwellcc.com
3 | Daniel R. Pearson (*pro hac vice*)
dpearson@caldwellcc.com
4 | R. Seth Reich, Jr. (*pro hac vice*)
sreich@caldwellcc.com
5 | CALDWELL CASSADY CURRY, PC
2121 N. Pearl Street, Suite 1200
Dallas, TX 75201
Telephone: (214) 888-4848

John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
HOPKINS & CARLEY
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800

Attorneys for Defendants
IXI MOBILE (R&D) LTD. and IXI IP, LLC

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| APPLE INC., <br> Plaintiff, <br> v. <br> IXI MOBILE (R&D) LTD. and IXI IP, LLC., <br> Defendants. | Case No. 4:19-cv-06769-HSG <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION TO STAY PENDING REEXAMINATION OF U.S. PATENT NO. 7,039,033** |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., <br> Plaintiffs, <br> v. <br> IXI MOBILE (R&D) LTD. And IXI IP, LLC., <br> Defendants. | Case No. 4:19-cv-06773-HSG <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to the Court's Standing Order in Civil Cases and Civil L.R. 7-12, Defendants IXI Mobile (R&D) Ltd. and IXI IP, LLC. ("IXI"), and Plaintiffs Apple Inc. ("Apple"), Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung"), through their respective attorneys, hereby stipulate as follows:

The parties have met and conferred, and have agreed to a one week extension of time for Defendants to respond to Apple and Samsung's Administrative Motion to Stay Pending Reexamination of U.S. Patent No. 7,039,033.

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT the deadline to respond to Apple and Samsung's Administrative Motion to Stay Pending Reexamination of U.S. Patent No. 7,039,033 is February 25, 2020.

Dated: February 18, 2020                    Respectfully submitted,

CALDWELL CASSADY CURRY PC.

By: */s/ Jason D. Cassady*
   Jason D. Cassady
   Attorneys for Defendants
   IXI MOBILE (R&D) LTD. and IXI IP, LLC

DESMARAIS LLP

By: */s/ Ameet A. Modi*
   Ameet A. Modi
   Attorneys for Plaintiff
   APPLE INC.

KIRKLAND ELLIS

By: */s/ Todd M. Friedman*
   Todd M. Freidman
   Attorneys for Plaintiffs
   SAMSUNG ELECTRONICS CO., LTD., and
   SAMSUNG ELECTRONICS AMERICA, INC.

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO STAY           CASE NO. 4:19-CV-06769-HSG
PENDING REEXAMINATION OF US PATENT NO. 7,039,003                              CASE NO. 4:19-CV-06773-HSG

2

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  DATE: 2/19/2020

*[Signature: Haywood S. Gilliam, Jr.]*

Hon. Haywood S. Gilliam, Jr.
United States District Judge