1   John V. Picone III, Bar No. 187226
    jpicone@hopkinscarley.com
2   Jennifer S. Coleman, Bar No. 213210
    jcoleman@hopkinscarley.com
3   HOPKINS & CARLEY
    A Law Corporation
4   The Letitia Building
    70 South First Street
5   San Jose, CA  95113-2406
    *mailing address:*
6   P.O. Box 1469
    San Jose, CA 95109-1469
7   Telephone:     (408) 286-9800
    Facsimile:      (408) 998-4790
8
    Jason D. Cassady (*pro hac vice*)
9   jcassady@caldwellcc.com
    Hamad M. Hamad (*pro hac vice*)
10  hhamad@caldwellcc.com
    Daniel R. Pearson (*pro hac vice*)
11  dpearson@caldwellcc.com
    Robert Seth Reich, Jr. (*pro hac vice*)
12  sreich@caldwellcc.com
    CALDWELL CASSADY & CURRY P.C.
13  2101 Cedar Springs Rd. Ste. 1000
    Dallas, TX  75201
14  Telephone: (214) 888-4848

15  Attorneys for Defendants
    IXI MOBILE (R&D) LTD. and IXI IP, LLC
16

17              UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19                    OAKLAND DIVISION

20  APPLE INC.,                          CASE NO.  4:19-cv-06769-HSG

21              Plaintiff,               **JOINT STIPULATION AND [PROPOSED]
                                         ORDER REGARDING IXI'S SECOND
22          v.                           AMENDED ANSWER AND
                                         COUNTERCLAIMS**
23  IXI MOBILE (R&D) LTD. and IXI IP,
    LLC,
24
                Defendants.
25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

614\3511254.1
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING IXI'S SECOND AMENDED ANSWER AND COUNTERCLAIMS
4:19-CV-06769-HSG

1    Plaintiffs Apple Inc. (hereinafter "Apple"), Samsung Electronics Co., Ltd. and Samsung

2  Electronics America, Inc. ("Samsung") and Defendants IXI Mobile (R&D) Ltd. and IXI IP, LLC

3  (collectively "IXI" or "Defendants") submit this Joint Stipulation Regarding IXI's Second

4  Amended Answer and Counterclaims.

5    • WHEREAS, on October 18, 2019, Apple and Samsung filed actions seeking, inter

6        alia, declaratory judgment of non-infringement (D.I. 1 in 4:19-cv-06769 (Apple);

7        D.I. 1 in 3:19-cv-06773 (Samsung));

8    • WHEREAS, on February 24, 2020, IXI filed its original answer and counterclaims in

9        each case (D.I. 62 in 4:19-cv-06769 (Apple); D.I. 47 in 3:19-cv-06773 (Samsung));

10   • WHEREAS, on March 16, 2020, Apple and Samsung moved to dismiss under Fed. R.

11       Civ. P. 12(b)(6) for failure to state a claim regarding willful infringement and

12       enhanced damages (D.I. 65 in 4:19-cv-06769 (Apple); D.I. 50 in 3:19-cv-06773

13       (Samsung));

14   • WHEREAS, on March 23, 2020, IXI filed a first amended answer and counterclaim in

15       each case (D.I. 68 in 4:19-cv-06769 (Apple); D.I. 53 in 3:19-cv-06773 (Samsung);

16   • WHEREAS, on April 6, 2020, Apple and Samsung moved to dismiss IXI's first

17       amended answer and counterclaims under Fed. R. Civ. P. 12(b)(6) for failure to state a

18       claim regarding willful infringement and enhanced damages (D.I. 69 in 4:19-cv-06769

19       (Apple); D.I. 54 in 3:19-cv-06773 (Samsung));

20   • WHEREAS, IXI hereby represents that it does not currently assert willful

21       infringement in these actions, nor does it currently seek enhanced damages based on

22       any alleged willful infringement;

23   • WHEREAS, Fed. R. Civ. P. 15(a)(2) allows a party to amend its pleading with the

24       opposing party's written consent;

25    THEREFORE, the parties stipulate that, in order to resolve the motions to dismiss, IXI

26  will amend its answers and counterclaims by April 24, 2020 to remove references to enhanced

27  damages (*e.g.*, Paragraph (f) of the Prayer for Relief in each case), that Apple and Samsung do

28  not oppose such amendment, that Apple and Samsung will file answers to counterclaims asserted

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

614\3511254.1
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING IXI'S SECOND AMENDED ANSWER AND COUNTERCLAIMS
4:19-CV-06769-HSG

1   in IXI's second amended answers by May 15, 2020.  IXI asserts that it may move for leave to file

2   amended answers and counterclaims based on discovery obtained in these actions, and although

3   Apple and Samsung do not believe any basis exists for any such motion, Apple and Samsung

4   reserve the right to oppose such requested relief should IXI request leave to amend at a later date

5   based on discovery.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

614\3511254.1                                           - 2 -
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING IXI'S SECOND AMENDED ANSWER AND COUNTERCLAIMS
                                                                                    4:19-CV-06769-HSG

1    Dated:  April 20, 2020                     DESMARAIS LLP

2

3                                           By: */s/ Ameet A. Modi*

4                                            John M. Desmarais (SBN 320875)
                                           Emily H. Chen (SBN 302966)

5                                            DESMARAIS LLP
                                           101 California Street, Suite 3070

6                                            San Francisco, California 94111
                                           Telephone: (415) 573-1900

7                                            Facsimile: (415) 573-1901
                                           jdesmarais@desmaraisllp.com

8                                            echen@desmaraisllp.com

9                                            Ameet A. Modi (admitted *pro hac vice*)
                                           Cosmin Maier (admitted *pro hac vice*)

10                                           Brian Matty (admitted *pro hac vice*)
                                          Franco Silletta (admitted *pro hac vice*)

11                                           Joze Welsh (admitted *pro hac vice*)
                                          DESMARAIS LLP

12                                           230 Park Avenue
                                          New York, New York 10169

13                                           Telephone: (212) 351-3400
                                          Facsimile: (212) 351-3401

14                                           amodi@desmaraisllp.com
                                          cmaier@desmaraisllp.com

15                                           bmatty@desmaraisllp.com
                                          fsilletta@desmaraisllp.com

16                                           jwelsh@desmaraisllp.com

17                                           Attorneys for Plaintiff
                                          APPLE INC.

18    Dated:  April 20, 2020                     HOPKINS & CARLEY
                                           A Law Corporation

19

20

21                                            By: */s/ John V. Picone III*

                                           John V. Picone III

22                                            Attorneys for Defendants
                                           IXI MOBILE (R&D) LTD. and IXI IP,
                                           LLC

23

24    PURSUANT TO STIPULATION, IT IS SO ORDERED.

25

26    Date:  4/21/2020

27                                            Hon. Haywood S. Gilliam, Jr.
                                           United States District Judge

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

614\3511254.1                              - 3 -
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING IXI'S SECOND AMENDED ANSWER AND COUNTERCLAIMS
                                                4:19-CV-06769-HSG