1 | John M. Desmarais (CA SBN 320875)
2 | Ameet A. Modi (CA SBN 331660)
    Emily H. Chen (CA SBN 302966)
3 | DESMARAIS LLP
    101 California Street, Suite 3070
4 | San Francisco, CA 94111
    Tel: (415) 573-1900
5 | Fax: (415) 573-1901
    jdesmarais@desmaraisllp.com
6 | amodi@desmarailsllp.com
    echen@desmaraisllp.com

Gregory S. Arovas, P.C. (admitted *pro hac vice*)
Todd M. Friedman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
greg.arovas@kirkland.com
todd.friedman@kirkland.com

[Additional Counsel Listed on Signature Page]

[Additional Counsel Listed on Signature Page]

*Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

*Counsel for Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IXI MOBILE (R&D) LTD., et al.,<br><br>　　　　Defendants. | Case No. 4-19-cv-06769-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR SUBMITTING A JOINT CLAIM CONSTRUCTION STATEMENT UNDER PATENT L.R. 4-3** |
| SAMSUNG ELECTRONICS CO., LTD., et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>IXI MOBILE (R&D) LTD., et al.,<br><br>　　　　Defendants. | Case No. 4-19-cv-06773-HSG |

JOINT STIPULTION & ORDER　　　　-1-　　　　Case Nos. 4-19-cv-06769-HSG, 4-19-cv-06773-HSG

1    Plaintiffs Apple Inc. ("Apple"), Samsung Electronics Co., Ltd. and Samsung Electronics
2  America, Inc. ("Samsung"), and IXI Mobile (R&D) Ltd. and IXI IP LLC ("IXI) (collectively
3  "Parties") respectfully file this Joint Stipulation and Proposed Order to Extend the Deadline for
4  Submitting a Joint Claim Construction Statement Under Patent L.R. 4-3.

5    These cases were filed on October 18, 2019 by Apple and Samsung, seeking a declaratory
6  judgment regarding U.S. Patent No. 7,039,033.

7    On June 17, 2020, Apple and Samsung filed *Apple Inc. v. IXI Mobile (R&D) Ltd., et al.,* No.
8  5:20-cv-04050-HSG and *Samsung Elecs. Co., et al. v. IXI Mobile (R&D) Ltd., et al.,* No. 5:20-cv-
9  04047-HSG, seeking a declaratory judgment regarding U.S. Patent No. 7,295,532.

10   The Parties expect to move for consolidation of the pending cases regarding the '033 and '532
11 patents, and are currently working on a proposed schedule for such consolidated actions.  As part of
12 that proposed schedule, the Parties expect to propose a new date for a single Joint Claim Construction
13 Statement that includes both the '033 and '532 patents.

14   To allow time for the Parties to attempt to reach agreement on a proposed consolidated
15 schedule, and to avoid unnecessary filing of a Joint Claim Construction Statement for the '033 patent
16 alone, the Parties propose extending the deadline from August 6, 2020 to August 13, 2020—with the
17 expectation that this proposed date will subsequently be mooted by a proposed date submitted in
18 conjunction with proposed consolidation.

19   The Parties previously stipulated to an extension of time for IXI to respond to Apple's and
20 Samsung's Motion to Stay, which was granted by the Court.  The Parties do not expect that this
21 proposed extension will have an impact on other dates in the case.

22   Accordingly, the Parties respectfully submit this Joint Stipulation to extend the deadline for
23 filing a Joint Claim Construction Statement under Patent L.R. 4-3 from August 6, 2020 to August 13,
24 2020.

25    IT IS SO STIPULATED.

26
27
28

| | |
|---|---|
| Dated: August 4, 2020 | */s/ Ameet A. Modi* |

John M. Desmarais (CA SBN 320875)
Ameet A. Modi (CA SBN 331660)
Emily H. Chen (CA SBN 302966)
DESMARAIS LLP
101 California Street, Suite 3070
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901
jdesmarais@desmaraisllp.com
amodi@desmaraisllp.com
echen@desmaraisllp.com

Cosmin Maier (admitted *pro hac vice*)
Brian D. Matty (admitted *pro hac vice*)
Francesco D. Silletta (admitted *pro hac vice*)
Joze Welsh (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401
cmaier@desmaraisllp.com
bmatty@desmaraisllp.com
fsilletta@desmaraisllp.com
jwelsh@desmaraisllp.com

*Counsel for Apple Inc.*


*/s/ Todd M. Friedman*

Gregory S. Arovas, P.C. (admitted *pro hac vice*)
Todd M. Friedman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
greg.arovas@kirkland.com
todd.friedman@kirkland.com

David Rokach (admitted *pro hac vice*)
G. William Foster (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (212) 862-2200
david.rokach@kirkland.com
billy.foster@kirkland.com

|   |   |
|---|---|
| 1 | Brandon Brown |
| 2 | KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>brandon.brown@kirkland.com |

Brandon Brown
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
brandon.brown@kirkland.com

*Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

By: */s/ Hamad M. Hamad*
John V. Picone III (SBN 187226)
Jennifer S. Coleman (SBN 213210)
HOPLKINS & CARLEY
70 South First Street
San Jose, CA 95113
Telephone: (408) 286-9800
Facsimile: (405) 998-4790
jpicone@hopkinscarley.como
jcoleman@hopkinscarley.com

Jason D. Cassady (admitted *pro hac vice*)
Hamad M. Hamad (admitted *pro hac vice*)
Daniel R. Person (admitted *pro hac vice*)
Robert Seth Reich, Jr. (admitted *pro hac vice*)
CALDWELL CASSADY & CURRY P.C.
2101 Cedar Springs Road, Suite 1000
Dallas, TX 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849
jcassady@caldwellcc.com
hhamad@caldwellcc.com
dpearson@calcwellcc.com
rreich@caldwellcc.com

*Counsel for IXI MOBILE (R&D) LTD. and IXI IP, LLC*

**ECF ATTESTATION**

I, Todd M. Friedman, am the ECF User whose ID and password are being used to file this Joint Stipulation and Proposed Order to Extend the Deadline for Submitting a Joint Claim Construction Statement Under Patent L.R. 4-3.  In compliance with General Order 45, X.B., I hereby attest that Ameet A. Modi and Hamad M. Hamad have concurred in this filing.

_/s/ Todd M. Friedman_

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | The deadline for the parties to file a Joint Claim Construction Statement Under Patent L.R. 4-3 is extended from August 6, 2020 to August 13, 2020. |
| 6 | Dated: 8/5/2020 |
| 7 | THE HONORABLE HAYWOOD S. GILLIAM, JR. |