John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Defendants
IXI MOBILE (R&D) LTD. and IXI IP, LLC

*Additional counsel in signature block*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC.<br><br>Plaintiff,<br><br>v.<br><br>IXI MOBILE (R&D) LTD., et al.,<br><br>Defendants. | Case No. 4:19-cv-06769-HSG<br>Case No. 4:20-cv-04050-HSG<br><br>**JOINT ADMINISTRATIVE MOTION AND STIPULATION UNDER L.R. 7-11 TO CONSOLIDATE SCHEDULE; ORDER** |
| SAMSUNG ELECTRONICS CO., LTD., et al.<br><br>Plaintiffs,<br><br>v.<br><br>IXI MOBILE (R&D) LTD., et al.,<br><br>Defendants. | Case No. 4:19-cv-06773-HSG<br>Case No. 4:20-cv-04047-HSG |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

614\3588689.1
JOINT ADMINISTRATIVE MOTION AND STIPULATION UNDER L.R. 7-11 TO CONSOLIDATE
CASE NOS. 4:19-CV-06769-HSG, 4:19-CV-06773-HSG, 5:20-CV-04050-HSG, 5:20-CV-04047-HSG

1    Plaintiffs Apple Inc. ("Apple"), Samsung Electronics Co., Ltd. and Samsung Electronics

2   America, Inc. ("Samsung"), and IXI Mobile (R&D) Ltd. and IXI IP LLC ("IXI") (collectively

3   "Parties") respectfully file this Joint Administrative Motion and Stipulation Under L.R. 7-11 to

4   Consolidate.

5    On October 18, 2019, Apple and Samsung filed *Apple Inc. v. IXI Mobile (R&D) Ltd., et*

6   *al.*, Case No. 4:19-cv-06769-HSG and *Samsung Elecs. Co., et al. v. IXI Mobile (R&D) Ltd., et al.,*

7   Case No. 4:19-cv-06773-HSG, seeking a declaratory judgment regarding U.S. Patent No.

8   7,039,033 ("the '033 Cases"). On January 22, 2020, the Court entered its Scheduling Order

9   containing case deadlines through the Technology Tutorial on January 6, 2021, and the Claim

10  Construction Hearing on January 13, 2021. *See* Case No. 4:19-cv-06769, Dkt. No. 48; Case No.

11  4:19-cv-06773, Dkt. No. 34. The Parties have exchanged initial disclosures, infringement

12  contentions, invalidity contentions, and affirmative damages contentions.[1]

13   On June 17, 2020, Apple and Samsung filed *Apple Inc. v. IXI Mobile (R&D) Ltd., et al.,*

14  Case No. 5:20-cv-04050-HSG and *Samsung Elecs. Co., et al. v. IXI Mobile (R&D) Ltd., et al.,*

15  Case No. 5:20-cv-04047-HSG, seeking a declaratory judgment regarding U.S. Patent No.

16  7,295,532 ("the '532 Cases"). The IXI parties have not yet answered, and the Court has not yet

17  entered a Scheduling Order.  The Court has scheduled initial case management conferences for

18  September 15, 2020 (as to Samsung) and September 22, 2020 (as to Apple).

19   The Parties have met and conferred concerning a consolidated schedule for the '033 Cases

20  and '532 Cases with regard to each of Apple and Samsung, respectively, so as to preserve the

21  Court's and Parties' time and resources On July 2, 2020, The Court determined that the above-

22  captioned actions are related.  (Dkt. 77 in No. 4:19-cv-06769-HSG).

23  / / /

24  / / /

25

---

26  [1] IXI served its damages contentions under PLR 3-8 and noted that it reserved its right to
supplement or amend those contentions if the '033 Cases and '532 Cases were consolidated. The
27  scheduling proposal made herein is not intended to reflect a waiver of such right to supplement or
amend, which IXI may exercise by the proposed Consolidated Cases deadline of January 12,
28  2021.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

614\3588689.1                         - 1 -
JOINT ADMINISTRATIVE MOTION AND STIPULATION UNDER L.R. 7-11 TO CONSOLIDATE
CASE NOS. 4:19-CV-06769-HSG, 4:19-CV-06773-HSG, 5:20-CV-04050-HSG, 5:20-CV-04047-HSG

The parties thus propose the following consolidation:

- Consolidated Proceedings Relating to Apple: *Apple Inc. v. IXI Mobile (R&D) Ltd., et al.,* Case No. 4:19-cv-06769-HSG should be consolidated with *Apple Inc. v. IXI Mobile (R&D) Ltd., et al.,* Case No. 5:20-cv-04050-HSG.

- Consolidated Proceedings Relating to Samsung: *Samsung Elecs. Co., et al. v. IXI Mobile (R&D) Ltd., et al.,* Case No. 4:19-cv-06773-HSG should be consolidated with *Samsung Elecs. Co., et al. v. IXI Mobile (R&D) Ltd., et al.,* Case No. 5:20-cv-04047-HSG.

The Parties' proposal allows for the Parties to complete some of the deadlines as to the '532 Cases that have already occurred in the '033 Cases and then sets forth proposed deadlines for the remaining consolidated case events through the Claim Construction Hearing (to be set by the Court). In light of the foregoing, the Parties respectfully request that the Court enter the following case schedule in both sets of cases[2]:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **'033 Cases** – Joint Claim Construction and Prehearing Statement | Thu, Aug 13, 2020 | To be vacated and replaced by corresponding Consolidated Case deadlines |
| **'033 Cases** – Responsive Damages Contentions | Thu, Aug 27, 2020 | |
| **'033 Cases** – Claim Construction Discovery Cut-off | Thu, Sep 24, 2020 | |
| **'033 Cases** – Opening Claim Construction Brief | Thu, Oct 22, 2020 | |
| **'033 Cases** – Responsive Claim Construction Brief | Thu, Nov 19, 2020 | |
| **'033 Cases** – Reply Claim Construction Brief | Thu, Dec 3, 2020 | |
| **'033 Cases** – Technology Tutorial | Mon, Jan 6, 2020 | |
| **'033 Cases** – Claim Construction Hearing | Mon, Jan 13, 2020 | |
| | | |
| **'532 Cases** – IXI IP LLC to answer/respond | Mon, Aug 24, 2020 | Mon, Aug 24, 2020 |
| **'532 Cases** – IXI Mobile (R&D) Israel to return signed summons service waiver | Mon, Aug 24, 2020 | Mon, Aug 24, 2020 |
| **'532 Cases** – Deadline for 26(f) conference, ADR process | Tue, Sep 1, 2020 | Tue, Sep 1, 2020 |
| **'532 Cases** – Case Management Conference Statements Due | Tue, Sep 8/15, 2020 | Tue, Sep 15, 2020 |
| **'532 Cases** – IXI Mobile (R&D) Israel to answer/respond | Tue, Sep 22, 2020 | Tue, Sep 22, 2020 |
| **'532 Cases** – Initial Case Management Conference | Tue, Sep 15/22, 2020 | Tue, Sep 22, 2020 |
| **'532 Cases** – Initial disclosures | Deadline not set | Tue, Sep 29, 2020 |

[2] Apple and Samsung previously moved for a stay in view of pending Reexamination of the asserted '033 Patent claims. The scheduling proposal made above is made for purposes of a scenario where litigation proceeds and is not intended to reflect withdrawal of the motion to stay.

Hopkins & Carley
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

614\3588689.1                                    - 2 -
JOINT ADMINISTRATIVE MOTION AND STIPULATION UNDER L.R. 7-11 TO CONSOLIDATE
CASE NOS. 4:19-CV-06769-HSG, 4:19-CV-06773-HSG, 5:20-CV-04050-HSG, 5:20-CV-04047-HSG

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **'532 Cases** – Asserted Claims and Infringement Contentions | Deadline not set | Wed, Oct 7, 2020 |
| **'532 Cases** – Invalidity Contentions | Deadline not set | Tue, Nov 24, 2020 |
| **'532 Cases** – Exchange of Proposed Terms for Construction | Deadline not set | Tue, Dec 1, 2020 |
| **'532 Cases** – Exchange of Preliminary Claim Constructions and Extrinsic Evidence | Deadline not set | Tue, Dec 22, 2020 |
| | | |
| **Consolidated Cases** – Deadline to file request for leave to designate more than 10 terms for claim construction, if necessary | - | Tue, Jan 5, 2021 |
| **Consolidated Cases** – Damages Contentions | - | Tue, Jan 12, 2021 |
| **Consolidated Cases** – Joint Claim Construction Statement & Submission of Claim Construction Declarations | - | Fri, Jan 22, 2021 |
| **Consolidated Cases** – Responsive Damages Contentions | - | Thu, Feb 11, 2021 |
| **Consolidated Cases** – Close of Claim Construction Discovery | - | Fri, Feb 12, 2021 |
| **Consolidated Cases** – Opening Claim Construction Brief | - | Fri, Feb 26, 2021 |
| **Consolidated Cases** – Responsive Claim Construction Brief | - | Fri, Mar 12, 2021 |
| **Consolidated Cases** – Reply Claim Construction Brief | - | Fri, Mar 19, 2021 |
| **Consolidated Cases** – Tutorial | - | Fri, Mar 26, 2021 [Estimate – date to be set by Court] |
| **Consolidated Cases** – Claim Construction Hearing | - | Fri, Apr 2, 2021 [Estimate – date to be set by Court] |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

614\3588689.1

- 3 -

JOINT ADMINISTRATIVE MOTION AND STIPULATION UNDER L.R. 7-11 TO CONSOLIDATE
CASE NOS. 4:19-CV-06769-HSG, 4:19-CV-06773-HSG, 5:20-CV-04050-HSG, 5:20-CV-04047-HSG

1    Dated:  August 13, 2020                HOPKINS & CARLEY
                                             A Law Corporation

2

3                                           By: */s/ John V. Picone III*

4                                             John V. Picone III
                                            Attorney for Defendants
                                            IXI MOBILE (R&D) LTD. and IXI IP,

5                                             LLC

6                                             Jason D. Cassady (*pro hac vice*)
                                            jcassady@caldwellcc.com

7                                             Hamad M. Hamad (*pro hac vice*)
                                            hhamad@caldwellcc.com

8                                             Robert Seth Reich, Jr. (*pro hac vice*)
                                            sreich@caldwellcc.com

9                                             Daniel Rollins Pearson (*pro hac vice*)
                                            dpearson@caldwellcc.com

10                                           CALDWELL CASSADY & CURRY P.C.
                                          2121 N. Pearl St., Suite 1200

11                                           Dallas, TX  75201
                                          Telephone:  (214) 888-4848

12

13                                           Attorneys for Plaintiffs
                                          IXI MOBILE (R&D) LTD. and IXI IP, LLC

14

15    Dated:  August 13, 2020                By: */s/  Ameet A. Modi*
                                          John M. Desmarais (CA SBN 320875)

16                                           Ameet A. Modi (CA SBN 331660)
                                          Emily H. Chen (CA SBN 302966)

17                                           DESMARAIS LLP
                                          101 California Street, Suite 3070

18                                           San Francisco, CA 94111
                                          Tel: (415) 573-1900

19                                           Fax: (415) 573-1901
                                          jdesmarais@desmaraisllp.com

20                                           amodi@desmaraisllp.com
                                          echen@desmaraisllp.com

21                                           Cosmin Maier (*pro hac vice*)

22                                           Brian D. Matty (*pro hac vice*)
                                          Francesco D. Silletta (*pro hac vice*)

23                                           Joze Welsh (*pro hac vice*)
                                          DESMARAIS LLP

24                                           230 Park Avenue
                                          New York, NY 10169

25                                           Tel: (212) 351-3400
                                          Fax: (212) 351-3401

26                                           cmaier@desmaraisllp.com
                                          bmatty@desmaraisllp.com

27                                           fsilletta@desmaraisllp.com
                                          jwelsh@desmaraisllp.com

28                                           *Counsel for Apple Inc.*

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

614\3588689.1

- 4 -

JOINT ADMINISTRATIVE MOTION AND STIPULATION UNDER L.R. 7-11 TO CONSOLIDATE
CASE NOS. 4:19-CV-06769-HSG, 4:19-CV-06773-HSG, 5:20-CV-04050-HSG, 5:20-CV-04047-HSG

1    Dated:  August 13, 2020

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ Todd M. Friedman*
Gregory S. Arovas, P.C. (*pro hac vice*)
Todd M. Friedman, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
greg.arovas@kirkland.com
todd.friedman@kirkland.com

David Rokach (*pro hac vice*)
G. William Foster (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (212) 862-2200
david.rokach@kirkland.com
billy.foster@kirkland.com

Brandon Brown
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
brandon.brown@kirkland.com

*Counsel for Samsung Electronics Co., Ltd.
and Samsung Electronics America, Inc.*

JOINT ADMINISTRATIVE MOTION AND STIPULATION UNDER L.R. 7-11 TO CONSOLIDATE
CASE NOS. 4:19-CV-06769-HSG, 4:19-CV-06773-HSG, 5:20-CV-04050-HSG, 5:20-CV-04047-HSG

1

**ATTESTATION OF E-FILED SIGNATURE**

2       Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in

3   the filing of this document from all signatories for whom a signature is indicated by a

4   "conformed" signature (/s/) within this electronically filed document and I have on file records to

5   support this concurrence for subsequent production to the Court if so ordered or for inspection

6   upon request.

7   Dated:  August 13, 2020                           HOPKINS & CARLEY
                                                       A Law Corporation
8

9                                                      By: */s/ John V. Picone III*
                                                       _____
10                                                       John V. Picone III
                                                         Attorney for Defendants
11                                                       IXI MOBILE (R&D) LTD. and IXI IP,
                                                         LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

      The case schedules for the following consolidated matters are as reflected below:

4

Consolidated Proceedings Relating to Apple: *Apple Inc. v. IXI Mobile (R&D) Ltd., et al.,* Case

5

No. 4:19-cv-06769-HSG and *Apple Inc. v. IXI Mobile (R&D) Ltd., et al.,* Case No. 5:20-cv-

6

04050-HSG.

7

Consolidated Proceedings Relating to Samsung: *Samsung Elecs. Co., et al. v. IXI Mobile (R&D)*

8

*Ltd., et al.,* Case No. 4:19-cv-06773-HSG and *Samsung Elecs. Co., et al. v. IXI Mobile (R&D)*

9

*Ltd., et al.,* Case No. 5:20-cv-04047-HSG.

10

| Event | Previous Deadline | New Deadline |
|---|---|---|
| '033 Cases - Joint Claim Construction and Prehearing Statement | Thu, Aug 13, 2020 | Vacated and replaced by corresponding Consolidated Case deadlines |
| '033 Cases - Responsive Damages Contentions | Thu, Aug 27, 2020 | |
| '033 Cases - Claim Construction Discovery Cut-off | Thu, Sep 24, 2020 | |
| '033 Cases - Opening Claim Construction Brief | Thu, Oct 22, 2020 | |
| '033 Cases - Responsive Claim Construction Brief | Thu, Nov 19, 2020 | |
| '033 Cases - Reply Claim Construction Brief | Thu, Dec 3, 2020 | |
| '033 Cases - Technology Tutorial | Mon, Jan 6, 2020 | |
| '033 Cases - Claim Construction Hearing | Mon, Jan 13, 2020 | |
| | | |
| '532 Cases - IXI IP LLC to answer/respond | Mon, Aug 24, 2020 | Mon, Aug 24, 2020 |
| '532 Cases - IXI Mobile (R&D) Israel to return signed summons service waiver | Mon, Aug 24, 2020 | Mon, Aug 24, 2020 |
| '532 Cases - Deadline for 26(f) conference, ADR process | Tue, Sep 1, 2020 | Tue, Sep 1, 2020 |
| '532 Cases - Case Management Conference Statements Due | Tue, Sep 8/15, 2020 | Tue, Sep 15, 2020 |
| '532 Cases - IXI Mobile (R&D) Israel to answer/respond | Tue, Sep 22, 2020 | Tue, Sep 22, 2020 |
| '532 Cases - Initial Case Management Conference | Tue, Sep 15/22, 2020 | Tue, Sep 22, 2020 |
| '532 Cases - Initial disclosures | Deadline not set | Tue, Sep 29, 2020 |
| '532 Cases - Asserted Claims and Infringement Contentions | Deadline not set | Wed, Oct 7, 2020 |
| '532 Cases - Invalidity Contentions | Deadline not set | Tue, Nov 24, 2020 |
| '532 Cases - Exchange of Proposed Terms for Construction | Deadline not set | Tue, Dec 1, 2020 |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

614\3588689.1

- 7 -

JOINT ADMINISTRATIVE MOTION AND STIPULATION UNDER L.R. 7-11 TO CONSOLIDATE
CASE NOS. 4:19-CV-06769-HSG, 4:19-CV-06773-HSG, 5:20-CV-04050-HSG, 5:20-CV-04047-HSG

| Event | Previous Deadline | New Deadline |
|---|---|---|
| **'532 Cases** - Exchange of Preliminary Claim Constructions and Extrinsic Evidence | Deadline not set | Tue, Dec 22, 2020 |
| | | |
| **Consolidated Cases** - Deadline to file request for leave to designate more than 10 terms for claim construction, if necessary | - | Tue, Jan 5, 2021 |
| **Consolidated Cases** - Damages Contentions | - | Tue, Jan 12, 2021 |
| **Consolidated Cases** - Joint Claim Construction Statement & Submission of Claim Construction Declarations | - | Fri, Jan 22, 2021 |
| **Consolidated Cases** - Responsive Damages Contentions | - | Thu, Feb 11, 2021 |
| **Consolidated Cases** - Close of Claim Construction Discovery | - | Fri, Feb 12, 2021 |
| **Consolidated Cases** - Opening Claim Construction Brief | - | Fri, Feb 26, 2021 |
| **Consolidated Cases** - Responsive Claim Construction Brief | - | Fri, Mar 12, 2021 |
| **Consolidated Cases** - Reply Claim Construction Brief | - | Fri, Mar 19, 2021 |
| **Consolidated Cases** - Tutorial | - | Fri, Mar 26, 2021 at 2 pm |
| **Consolidated Cases** - Claim Construction Hearing | - | Fri, Apr 2, 2021 at 2 pm |

Dated:   August 17, 2020

_____

THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

614\3588689.1

JOINT ADMINISTRATIVE MOTION AND STIPULATION UNDER L.R. 7-11 TO CONSOLIDATE
CASE NOS. 4:19-CV-06769-HSG, 4:19-CV-06773-HSG, 5:20-CV-04050-HSG, 5:20-CV-04047-HSG