1    John M. Desmarais (CA SBN 320875)     Gregory S. Arovas, P.C. (admitted *pro hac vice*)
     Ameet A. Modi (CA SBN 331660)           Todd M. Friedman, P.C. (admitted *pro hac vice*)
2    Emily H. Chen (CA SBN 302966)         KIRKLAND & ELLIS LLP
     DESMARAIS LLP                          601 Lexington Avenue
3    101 California Street, Suite 3070         New York, New York 10022
     San Francisco, CA 94111               Telephone: (212) 446-4800
4    Tel: (415) 573-1900                     Facsimile: (212) 446-4900
     Fax: (415) 573-1901                     greg.arovas@kirkland.com
5    jdesmarais@desmaraisllp.com          todd.friedman@kirkland.com
     amodi@desmaraisllp.com
6    echen@desmaraisllp.com             [Additional Counsel Listed on Signature Page]

7    [Additional Counsel Listed on Signature    *Counsel for Samsung Electronics Co., Ltd. and*
     Page]                              *Samsung Electronics America, Inc.*
8
     *Counsel for Apple Inc.*
9

10                     **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
11

12    APPLE INC.                          Case No. 4-19-cv-06769-HSG

13               Plaintiff,          **JOINT STIPULATION AND**
                                  **[~~PROPOSED~~] ORDER TO EXTEND**
14             v.                   **THE DEADLINE FOR SUBMITTING**
                                    **A JOINT CLAIM CONSTRUCTION**
15    IXI MOBILE (R&D) LTD., et al.,         **STATEMENT UNDER PATENT L.R.**
                                    **4-3**
16             Defendants.

17

18    SAMSUNG ELECTRONICS CO., LTD., et al.    Case No. 4-19-cv-06773-HSG

19              Plaintiffs,

20             v.

21    IXI MOBILE (R&D) LTD., et al.,

22             Defendants.

23

24

25

26

27

28

1    Plaintiffs Apple Inc. ("Apple"), Samsung Electronics Co., Ltd. and Samsung Electronics

2    America, Inc. ("Samsung"), and Defendants IXI Mobile (R&D) Ltd. and IXI IP LLC ("IXI")

3    (collectively "Parties") respectfully file this Joint Stipulation and Proposed Order to Extend the

4    Deadline for Submitting a Joint Claim Construction Statement Under Patent L.R. 4-3.

5    These cases were filed on October 18, 2019 by Apple and Samsung, seeking a declaratory

6    judgment regarding U.S. Patent No. 7,039,033.

7    On June 17, 2020, Apple and Samsung filed *Apple Inc. v. IXI Mobile (R&D) Ltd., et al.,* No.

8    5:20-cv-04050-HSG and *Samsung Elecs. Co., et al. v. IXI Mobile (R&D) Ltd., et al.,* No. 5:20-cv-

9    04047-HSG, seeking a declaratory judgment regarding U.S. Patent No. 7,295,532.

10   The Parties have filed an administrative motion for consolidation of the pending cases

11   regarding the '033 and '532 patents (Dkt. No. 64) and have proposed a schedule for such consolidated

12   actions.  The Parties' proposed schedule includes a new date for a single Joint Claim Construction

13   Statement (January 22, 2021) that includes both the '033 and '532 patents.

14   In view of the Parties' proposed schedule for consolidation, and to avoid unnecessary filing of

15   a Joint Claim Construction Statement for the '033 patent alone, the Parties propose extending the

16   deadline from August 13, 2020 to January 22, 2021—the proposed date submitted by the Parties in

17   the consolidation motion.

18   The Parties previously stipulated to an extension of time for IXI to respond to Apple's and

19   Samsung's Motion to Stay, which was granted by the Court.  The Parties previously stipulated to an

20   extension to the date for filing the Joint Claim Construction Statement, which was granted by the

21   Court.  The Parties do not expect that this proposed extension will have an impact on other dates in

22   the case, although other dates may be altered as outlined in the Parties' proposed schedule for

23   consolidation.

24   Accordingly, the Parties respectfully submit this Joint Stipulation to extend the deadline for

25   filing a Joint Claim Construction Statement under Patent L.R. 4-3 from August 13, 2020 to January

26   22, 2021.

27   IT IS SO STIPULATED.

28

Dated:  August 14, 2020

/s/ Ameet A. Modi
John M. Desmarais (CA SBN 320875)
Ameet A. Modi (CA SBN 331660)
Emily H. Chen (CA SBN 302966)
DESMARAIS LLP
101 California Street, Suite 3070
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901
jdesmarais@desmaraisllp.com
amodi@desmaraisllp.com
echen@desmaraisllp.com

Cosmin Maier (admitted *pro hac vice*)
Brian D. Matty (admitted *pro hac vice*)
Francesco D. Silletta (admitted *pro hac vice*)
Joze Welsh (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401
cmaier@desmaraisllp.com
bmatty@desmaraisllp.com
fsilletta@desmaraisllp.com
jwelsh@desmaraisllp.com

*Counsel for Apple Inc.*

/s/ Todd M. Friedman
Gregory S. Arovas, P.C. (admitted *pro hac vice*)
Todd M. Friedman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
greg.arovas@kirkland.com
todd.friedman@kirkland.com

David Rokach (admitted *pro hac vice*)
G. William Foster (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (212) 862-2200
david.rokach@kirkland.com
billy.foster@kirkland.com

Brandon Brown
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
brandon.brown@kirkland.com

*Counsel for Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

*/s/ Hamad M. Hamad*_____
John V. Picone III (SBN 187226)
Jennifer S. Coleman (SBN 213210)
HOPLKINS & CARLEY
70 South First Street
San Jose, CA 95113
Telephone: (408) 286-9800
Facsimile: (405) 998-4790
jpicone@hopkinscarley.como
jcoleman@hopkinscarley.com

Jason D. Cassady (admitted *pro hac vice*)
Hamad M. Hamad (admitted *pro hac vice*)
Daniel R. Person (admitted *pro hac vice*)
Robert Seth Reich, Jr. (admitted *pro hac vice*)
CALDWELL CASSADY & CURRY P.C.
2101 Cedar Springs Road, Suite 1000
Dallas, TX 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849
jcassady@caldwellcc.com
hhamad@caldwellcc.com
dpearson@calcwellcc.com
rreich@caldwellcc.com

*Counsel for IXI MOBILE (R&D) LTD. and IXI*
*IP, LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ECF ATTESTATION

I, Todd M. Friedman, am the ECF User whose ID and password are being used to file this Joint Stipulation and Proposed Order to Extend the Deadline for Submitting a Joint Claim Construction Statement Under Patent L.R. 4-3.  In compliance with General Order 45, X.B., I hereby attest that Ameet A. Modi and Hamad M. Hamad have concurred in this filing.

_/s/ Todd M. Friedman_

1
**[PROPOSED] ORDER**

2
PURSUANT TO STIPULATION, IT IS SO ORDERED.

3
      The deadline for the parties to file a Joint Claim Construction Statement Under Patent L.R. 4-

4
3 is extended from August 13, 2020 to January 22, 2021.

5

6
Dated: ___8/17/2020_____

7
THE HONORABLE HAYWOOD S. GILLIAM, JR.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28