UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>IXI IP, LLC, et al.,<br><br>        Defendants. | Case No. 19-cv-06769-HSG<br><br>**ORDER GRANTING MOTIONS TO CONSOLIDATE**<br><br>Re: Dkt. No. 91 |
| APPLE INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>IXI MOBILE (R&D) Ltd. et al.,<br><br>        Defendants. | Case No. 20-cv-04050-HSG<br><br>Re: Dkt. No. 51 |

Pending before the Court is the parties' joint administrative motion to consolidate the above captioned cases. The Court has already related and consolidated the schedules of the cases, and accordingly the Court **GRANTS** the motion to consolidate the cases.

The case captioned *Apple Inc. v. IXI Mobile (R&D) Ltd., et al.,* Case No. 4:20-cv-04050-HSG is hereby consolidated into the action captioned *Apple Inc. v. IXI IP, LLC., et al.*, Case No. 4:19-cv-06769-HSG. The earlier-filed civil action, Case No. 19-6769, shall serve as the lead case. The clerk is directed to administratively close the later-filed civil action, Case No. 20-cv-04050.

//

//

1 | All future filings shall be done in the lead case only. This terminates Dkt. Nos. 51, 91.

**IT IS SO ORDERED.**

Dated: 10/13/2020

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge