1  Jason D. Cassady (*pro hac vice*)
   jcassady@caldwellcc.com
2  Hamad M. Hamad (*pro hac vice*)
   hhamad@caldwellcc.com
3  Daniel R. Pearson (*pro hac vice*)
   dpearson@caldwellcc.com
4  R. Seth Reich, Jr. (*pro hac vice)*
5  sreich@caldwellcc.com
   CALDWELL CASSADY CURRY, PC
6  2121 N. Pearl Street, Suite 1200
   Dallas, TX 75201
7  Telephone: (214) 888-4848

8
   John V. Picone III, Bar No. 187226
9  jpicone@hopkinscarley.com
   HOPKINS & CARLEY
10 P.O. Box 1469
   San Jose, CA 95109-1469
11 Telephone: (408) 286-9800

12
   Attorneys for Defendants
13 IXI MOBILE (R&D) LTD. and IXI IP, LLC

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| APPLE INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>IXI MOBILE (R&D) LTD. and IXI IP, LLC.,<br><br>  Defendants. | Case No. 4:19-cv-06769-HSG (Lead Case)<br>Case No. 4:20-cv-04050-HSG<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO APPLE AND SAMSUNG'S MOTION TO STAY PENDING REEXAMINATION** |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>IXI MOBILE (R&D) LTD. And IXI IP, LLC.,<br><br>  Defendants. | Case No. 4:19-cv-06773-HSG (Lead Case)<br>Case No. 4:20-cv-04047-HSG<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to the Court's Standing Order in Civil Cases and Civil L.R. 7-12, Defendants IXI Mobile (R&D) Ltd. and IXI IP, LLC. ("IXI"), and Plaintiffs Apple Inc. ("Apple"), Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung"), through their respective attorneys, hereby stipulate as follows:

Apple and Samsung filed their Motion to Stay Pending Reexamination (the "Motion to Stay") on October 23, 2020. Dkt. No. 93. IXI's deadline to respond to the Motion to Stay is currently set for Friday, November 6, 2020, and Apple and Samsung's deadline to reply is set for Friday, November 13, 2020. IXI's trial counsel, including lead counsel, was in trial for *VirnetX, Inc. v. Apple*, Civil Action No. 6:12-CV-855-RWS. Apple and Samsung are set to serve invalidity contentions on November 24, 2020, and November 26, 2020 is the Thanksgiving holiday. The parties have met and conferred and have agreed to a 10-day extension of time for Defendants to respond to Apple and Samsung's Motion to Stay Pending Reexamination and a reciprocal 7-day extension of time for Apple and Samsung to reply. As a result, Apple and Samsung's deadline to reply to IXI's Response to Apple's and Samsung's Motion to Stay Pending Reexamination is November 30, 2020. This extension will not affect any other deadlines in the Court's schedule, or the hearing requested by Apple and Samsung on January 28, 2021. The Parties previously stipulated on August 24, 2020 a four-day extension in time for IXI to respond to and Samsung's Complaints for Declaratory Judgment of Noninfringement and Invalidity. The extension allowed for IXI Mobile (R&D) Ltd. to file its answer on the same day as IXI IP, LLC. This previous stipulation did not modify any other dates or deadlines in this case.

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT the deadline to respond to Apple and Samsung's Motion to Stay Pending Reexamination is November 16, 2020, and Apple and Samsung's deadline for reply is November 30, 2020.

Dated: November 3, 2020                                   Respectfully submitted,

                                                          CALDWELL CASSADY CURRY PC.

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO STAY          CASE NO. 4:19-cv-06769-HSG
PENDING REEXAMINATION                                                         CASE NO. 4:19-cv-06773-HSG

2

        By: */s/ Jason D. Cassady*
           Jason D. Cassady
           Attorneys for Defendants
           IXI MOBILE (R&D) LTD. and IXI IP, LLC

DESMARAIS LLP

        By: */s/ Ameet A. Modi*
           Ameet A. Modi
           Attorneys for Plaintiff
           APPLE INC.

KIRKLAND ELLIS

        By: */s/ Todd M. Friedman*
           Todd M. Freidman
           Attorneys for Plaintiffs
           SAMSUNG ELECTRONICS CO., LTD., and
           SAMSUNG ELECTRONICS AMERICA, INC.

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order.

Dated: November 3, 2020           CALDWELL CASSADY CURRY PC

           */s/ Jason D. Cassady*
           Jason D. Cassady

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO STAY PENDING REEXAMINATION    CASE NO. 4:19-CV-06769-HSG
CASE NO. 4:19-CV-06773-HSG

3

1 PURSUANT TO STIPULATION, IT IS SO ORDERED.

2 DATE:11/6/2020

*[signature: Haywood S. Gilliam, Jr.]*

3 Hon. Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO STAY  CASE NO. 4:19-CV-06769-HSG
PENDING REEXAMINATION  CASE NO. 4:19-CV-06773-HSG

4