# *Exhibit A*

ADRMOP,AO279,PRVADR,STAYED

# U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:17-cv-05671-BLF

VLSI Technology LLC v. Intel Corporation          Date Filed: 10/02/2017
Assigned to: Judge Beth Labson Freeman            Jury Demand: Both
Referred to: Judge Nathanael M. Cousins           Nature of Suit: 830 Patent
Cause: 35:271 Patent Infringement                 Jurisdiction: Federal Question

**Plaintiff**

**VLSI Technology LLC**          represented by   **Henry C. Bunsow**
                                                  Bunsow De Mory LLP
                                                  701 El Camino Real
                                                  Redwood City, CA 94063
                                                  (650) 351-7248
                                                  Fax: (415) 426-4744
                                                  Email: hbunsow@bdiplaw.com
                                                  *TERMINATED: 08/16/2018*
                                                  *LEAD ATTORNEY*

                                                  **Alvin Matthew Ashley**
                                                  Irell & Manella LLP
                                                  840 Newport Center Drive, Suite 400
                                                  Newport Beach, CA 92660-6324
                                                  949-760-0991
                                                  Fax: 949-760-5200
                                                  Email: mashley@irell.com
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Amy E Proctor**
                                                  Irell and Manella LLP
                                                  1800 Avenue of the Stars
                                                  Ste 900
                                                  Los Angeles, CA 90067
                                                  310-203-7961
                                                  Email: aproctor@irell.com
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Benjamin W. Hattenbach**
                                                  Irell & Manella LLP
                                                  1800 Avenue of the Stars
                                                  Suite 900
                                                  Los Angeles, CA 90067-4271
                                                  310-277-1010
                                                  Fax: 310-203-7199

Email: bhattenbach@irell.com
*ATTORNEY TO BE NOTICED*

**Charlotte J. Wen**
Irell and Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
310-203-7541
Email: cwen@irell.com
*ATTORNEY TO BE NOTICED*

**Christopher Todd Abernethy**
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
310-203-7028
Email: cabernethy@irell.com
*ATTORNEY TO BE NOTICED*

**Craig Y. Allison**
Dickinson Wright RLLP
800 W. California Avenue
Suite 110
Sunnyvale, CA 94086
(408) 701-6117
Fax: 8446706009
Email: callison@dickinson-wright.com
*TERMINATED: 08/16/2018*

**Denise M. De Mory**
Bunsow De Mory LLP
701 El Camino Real
Redwood City, CA 94063
(650) 351-7248
Fax: (415) 426-4744
Email: ddemory@bdiplaw.com
*TERMINATED: 08/16/2018*

**Dino Hadzibegovic**
Dickinson Wright RLLP
800 W. California Avenue
Suite 110
Sunnyvale, CA 94086
408 701 6210
Fax: 844 670 6009
Email: dhadzibegovic@dickinson-
wright.com
*TERMINATED: 08/16/2018*

**Dominik B. Slusarczyk**
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
310-277-1010
Email: dslusarczyk@irell.com
*ATTORNEY TO BE NOTICED*

**John D. Beynon**
Bunsow De Mory LLP
701 El Camino Reasl
Redwood Shores, CA 94063
(650) 351-7248
Fax: (415) 426-4744
Email: jbeynon@bdiplaw.com
*TERMINATED: 08/16/2018*

**Leah C Johannesson**
1800 Avenue Of The Stars
Ste 900
Los Angeles, CA 90067
310-277-1010
Fax: 310-203-7199
Email: ljohannesson@irell.com
*TERMINATED: 01/10/2020*

**Michael David Harbour**
Irell and Manella
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
310-203-7527
Email: mharbour@irell.com
*ATTORNEY TO BE NOTICED*

**Morgan Chu**
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4271
(310) 277-1010
Fax: (310) 203-7199
Email: mchu@irell.com
*ATTORNEY TO BE NOTICED*

**Robin King Curtis**
Bunsow, De Mory, Smith & Allison
LLP

351 California Street, Suite 200
San Francisco, CA 94104
415.426.4740
Fax: 415.426.4744
Email: rcurtis@bdiplaw.com
*TERMINATED: 08/16/2018*

V.

**Defendant**

Intel Corporation                    represented by   **Amanda Leigh Major**
WilmerHale LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
202-663-6304
Fax: 202-663-6363
Email: amanda.major@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew William Robb**
Gibson, Dunn and Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
650-849-5334
Email: arobb@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Arthur W Coviello**
Wilmer Cutler Pickering Hale and Dorr
LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
650-858-6069
Fax: 650-858-6100
Email: arthur.coviello@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Christa Jordan Laser**
WilmerHale
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6516
Fax: 202-663-6363
Email: Christa.Laser@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**David Charles Marcus**
Wilmer Cutler Pickering Hale & Dorr

LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
(213) 443-5300
Fax: (213) 443-5400
Email: david.marcus@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Dominic E. Massa**
Wilmer Cutler Pickering Hale and Dorr
LLP
60 State Street
Boston, MA 02109
617-526-6000
Fax: 617-526-5000
Email:
dominic.massa@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Donald Richard Steinberg**
Wilmer Cutler Pickering Hale and Dorr
LLP
60 State Street
Boston, MA 02109
617-526-6453
Fax: 617-526-5000
Email:
donald.steinberg@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Evelyn Chi-Lin Mak**
Wilmer Cutler Pickering Hale and Dorr
LLP
950 Page Mill Road
Palo Alto, CA 94304
650-858-6102
Fax: 650-858-6100
Email: evelyn.mak@wilmerhale.com
*TERMINATED: 01/11/2019*

**Jordan L Hirsch**
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109
617-526-6330
Fax: 617-526-5000
Email: jordan.hirsch@wilmerhale.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph J. Mueller**
Wilmer Cutler Pickering Hale and Dorr
LLP
60 State Street
Boston, MA 02109
617-526-6000
Fax: 617-526-5000
Email:
joseph.mueller@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen I. Boyd**
Turner Boyd LLp
702 Marshall Street, Suite 640
Redwood City, CA 94063
(650) 521-5930
Fax: (650) 521-5931
Email: boyd@turnerboyd.com
*ATTORNEY TO BE NOTICED*

**Kathryn Diane Zalewski**
Wilmer Cutler Pickering Hale & Dorr
LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6121
Fax: (650) 858-6100
Email:
kathryn.zalewski@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Kevin A. Goldman**
Wilmer Cutler Pickering Hale and Dorr
LLP
60 State Street
Boston, MA 02109
617-526-6442
Email:
Kevin.Goldman@wilmerhale.com
*TERMINATED: 02/20/2020*

**Liv Leila Herriot**
Wilmer Cutler Pickering Hale and Dorr
LLP
2600 El Camino Real, Suite 400

Palo Alto, CA 94306
650-858-6138
Email: liv.herriot@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Louis W. Tompros**
WilmerHale
60 State Street
Boston, MA 02109
617-526-6886
Fax: 617-526-5000
Email: louis.tompros@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Nolan Reiter**
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912
(214) 698-3360
Fax: (214) 571-2907
Email: mreiter@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Daniel Selwyn**
Wilmerhale
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
(650) 858-6031
Fax: (650) 858-6100
Email: mark.selwyn@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Michael Edwin Jones**
Potter Minton PC
110 North College Avenue, Suite 500
Tyler, TX 75702
(930) 597-8311
Fax: (903) 593-0846
Email: mikejones@potterminton.com
*ATTORNEY TO BE NOTICED*

**Nina S. Tallon**
Wilmer Cutler Pickering Hale and Dorr
LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
202-663-6000

Fax: 202-663-6363
Email: nina.tallon@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omar Farooq Amin**
Gibson, Dunn, Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
United Sta
202-887-3710
Fax: 202-530-4222
Email: oamin@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharchun Dennis Wang**
WilmerHale
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
650-858-6024
Fax: 650-858-6100
Email: dennis.wang@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Sonal N. Mehta**
Wilmer Cutler Pickering Hale and Dorr
LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
(650) 858-6000
Fax: (650) 858-6100
Email: sonal.mehta@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Thomas F. Lampert**
Wilmer Cutler Pickering Hale and Dorr
LLP
60 State Street
Boston, MA 02109
(617) 526-6105
Email:
Thomas.Lampert@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William F. Lee**
Wilmer Pickering Hale & Dorr LLP

60 State Street
Boston, MA 02109
(617) 526-6000
Fax: (617) 526-5000
Email: william.lee@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Intel Corporation**                  represented by   **Amanda Leigh Major**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Andrew William Robb**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Christa Jordan Laser**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **David Charles Marcus**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Dominic E. Massa**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Donald Richard Steinberg**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Evelyn Chi-Lin Mak**
                                                        (See above for address)
                                                        *TERMINATED: 01/11/2019*

                                                        **Jordan L Hirsch**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joseph J. Mueller**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Karen I. Boyd**
                                                        (See above for address)

*ATTORNEY TO BE NOTICED*

**Kathryn Diane Zalewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Liv Leila Herriot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis W. Tompros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Nolan Reiter**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Daniel Selwyn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nina S. Tallon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omar Farooq Amin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharchun Dennis Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William F. Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Intel Corporation**                    represented by   **Amanda Leigh Major**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Andrew William Robb**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Christa Jordan Laser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Charles Marcus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dominic E. Massa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald Richard Steinberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Evelyn Chi-Lin Mak**
(See above for address)
*TERMINATED: 01/11/2019*

**Jordan L Hirsch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph J. Mueller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen I. Boyd**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathryn Diane Zalewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Liv Leila Herriot**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis W. Tompros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Nolan Reiter**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Daniel Selwyn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nina S. Tallon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omar Farooq Amin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharchun Dennis Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William F. Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2017 | 1 | COMPLAINT for Patent Infringement; Demand for Jury Trial against Intel Corporation (Filing fee $ 400.00, receipt number 0971-11764377.). Filed by VLSI Technology LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Civil Cover Sheet) (Bunsow, Henry) (Filed on 10/2/2017) Modified on 10/9/2017 (gbaS, COURT STAFF). (Entered: 10/02/2017) |
| 10/02/2017 | 2 | Proposed Summons. (Bunsow, Henry) (Filed on 10/2/2017) (Entered: 10/02/2017) |
| 10/02/2017 | 3 | Case assigned to Magistrate Judge Joseph C. Spero.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the |

| | | initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 10/16/2017. (jmlS, COURT STAFF) (Filed on 10/2/2017) (Entered: 10/02/2017) |
|---|---|---|
| 10/02/2017 | 4 | Certificate of Interested Entities by VLSI Technology LLC identifying Corporate Parent CF VLSI Holding LLC for VLSI Technology LLC. (Bunsow, Henry) (Filed on 10/2/2017) (Entered: 10/02/2017) |
| 10/02/2017 | 5 | NOTICE of Appearance by Denise M. De Mory (De Mory, Denise) (Filed on 10/2/2017) (Entered: 10/02/2017) |
| 10/02/2017 | 6 | NOTICE of Appearance by Craig Y. Allison (Allison, Craig) (Filed on 10/2/2017) (Entered: 10/02/2017) |
| 10/02/2017 | 7 | NOTICE of Appearance by John D. Beynon (Beynon, John) (Filed on 10/2/2017) (Entered: 10/02/2017) |
| 10/02/2017 | 8 | NOTICE of Appearance by Dino Hadzibegovic (Hadzibegovic, Dino) (Filed on 10/2/2017) (Entered: 10/02/2017) |
| 10/09/2017 | 9 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 12/29/2017. Initial Case Management Conference set for 1/5/2018 02:00 PM in Courtroom G, 15th Floor, San Francisco. (gbaS, COURT STAFF) (Filed on 10/9/2017) (Entered: 10/09/2017)** |
| 10/09/2017 | 10 | Summons Issued as to Intel Corporation. (gbaS, COURT STAFF) (Filed on 10/9/2017) (Entered: 10/09/2017) |
| 10/09/2017 | 11 | REPORT on the filing of an action regarding Patent Infringement. (cc: form mailed to register). (gbaS, COURT STAFF) (Filed on 10/9/2017) (Entered: 10/09/2017) |
| 10/10/2017 | 12 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by VLSI Technology LLC.. (Allison, Craig) (Filed on 10/10/2017) (Entered: 10/10/2017) |
| 10/11/2017 | 13 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klhS, COURT STAFF) (Filed on 10/11/2017) (Entered: 10/11/2017) |
| 10/12/2017 | 14 | **ORDER REASSIGNING CASE. Case reassigned to Judge Beth Labson Freeman for all further proceedings. Magistrate Judge Joseph C. Spero no longer assigned to the case. This case is assigned to a judge who participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and http://cand.uscourts.gov/cameras. Signed by Executive Committee on 10/12/17. (Attachments: # 1 Notice of Eligibility for Video Recording)(as, COURT STAFF) (Filed on 10/12/2017) (Entered: 10/12/2017)** |
| 10/13/2017 | 15 | CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE FOLLOWING REASSIGNMENT. Joint Case Management Statement due by 12/14/2017. Case Management Conference set for 12/21/2017 11:00 AM in Courtroom 3, 5th Floor, San Jose before Hon. Beth Labson Freeman. All other |

| | | |
|---|---|---|
| | | deadlines associated with the initial case management conference are adjusted accordingly. The Court does not issue a revised Initial Case Management Scheduling Order with ADR Deadlines. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/blf This is a text only docket entry, there is no document associated with this notice. (tshS, COURT STAFF) (Filed on 10/13/2017) (Entered: 10/13/2017) |
| 10/20/2017 | 16 | **Filing Error** CERTIFICATE OF SERVICE by VLSI Technology LLC re 10 Summons Issued, 1 Complaint, (Allison, Craig) (Filed on 10/20/2017) Modified on 10/23/2017 (sfbS, COURT STAFF). (Entered: 10/20/2017) |
| 10/23/2017 | | Electronic filing error. Incorrect event used. [err101] Please re-file in its entirety. Re: 16 Certificate of Service filed by VLSI Technology LLC **Re-File Using the Following Event: Civil> Initial Pleadings and Service> Service of Process> Summons Returned Executed** (sfbS, COURT STAFF) (Filed on 10/23/2017) (Entered: 10/23/2017) |
| 10/23/2017 | 17 | SUMMONS Returned Executed by VLSI Technology LLC. VLSI Technology LLC served on 10/16/2017, answer due 11/6/2017. (Bunsow, Henry) (Filed on 10/23/2017) (Entered: 10/23/2017) |
| 10/31/2017 | 18 | NOTICE of Appearance by Mark Daniel Selwyn *On Behalf Of Intel Corporation* (Selwyn, Mark) (Filed on 10/31/2017) (Entered: 10/31/2017) |
| 10/31/2017 | 19 | NOTICE of Appearance by Kathryn Diane Zalewski *On Behalf Of Intel Corporation* (Zalewski, Kathryn) (Filed on 10/31/2017) (Entered: 10/31/2017) |
| 10/31/2017 | 20 | NOTICE of Appearance by Liv Leila Herriot *On Behalf Of Intel Corporation* (Herriot, Liv) (Filed on 10/31/2017) (Entered: 10/31/2017) |
| 10/31/2017 | 21 | STIPULATION *Stipulation Extending Defendant Intel Corporation's Time To Respond To Complaint* filed by Intel Corporation. (Selwyn, Mark) (Filed on 10/31/2017) (Entered: 10/31/2017) |
| 10/31/2017 | 22 | NOTICE of Appearance by David Charles Marcus *On Behalf Of Intel Corporation* (Marcus, David) (Filed on 10/31/2017) (Entered: 10/31/2017) |
| 10/31/2017 | 23 | NOTICE of Appearance by Evelyn Chi-Lin Mak *On Behalf Of Intel Corporation* (Mak, Evelyn) (Filed on 10/31/2017) (Entered: 10/31/2017) |
| 11/01/2017 | 24 | NOTICE of Appearance by Sharchun Dennis Wang *On Behalf Of Intel Corporation* (Wang, Sharchun Dennis) (Filed on 11/1/2017) (Entered: 11/01/2017) |
| 11/07/2017 | 25 | MOTION for leave to appear in Pro Hac Vice *for William F. Lee* ( Filing fee $ 310, receipt number 0971-11859990.) filed by Intel Corporation. (Attachments: # 1 Certificate of Good Standing)(Lee, William) (Filed on 11/7/2017) (Entered: 11/07/2017) |
| 11/07/2017 | 26 | MOTION for leave to appear in Pro Hac Vice *for Louis W. Tompros* ( Filing fee $ 310, receipt number 0971-11860047.) filed by Intel Corporation. (Attachments: # 1 Certificate of Good Standing)(Tompros, Louis) (Filed on 11/7/2017) (Entered: 11/07/2017) |
| 11/08/2017 | 27 | |

|  |  | MOTION for leave to appear in Pro Hac Vice *for Jordan L. Hirsch* ( Filing fee $ 310, receipt number 0971-11861449.) filed by Intel Corporation. (Attachments: # 1 Certificate of Good Standing)(Hirsch, Jordan) (Filed on 11/8/2017) (Entered: 11/08/2017) |
|---|---|---|
| 11/08/2017 | 28 | **ORDER GRANTING 25 APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 11/8/2017. (blflc4S, COURT STAFF) (Filed on 11/8/2017) (Entered: 11/08/2017)** |
| 11/08/2017 | 29 | **ORDER GRANTING 26 APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 11/8/2017. (blflc4S, COURT STAFF) (Filed on 11/8/2017) (Entered: 11/08/2017)** |
| 11/09/2017 | 30 | **ORDER GRANTING 27 APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 11/9/2017. (blflc4S, COURT STAFF) (Filed on 11/9/2017) (Entered: 11/09/2017)** |
| 11/14/2017 | 31 | MOTION for leave to appear in Pro Hac Vice *for Amanda L. Major* ( Filing fee $ 310, receipt number 0971-11876578.) filed by Intel Corporation. (Attachments: # 1 Certificate of Good Standing)(Major, Amanda) (Filed on 11/14/2017) (Entered: 11/14/2017) |
| 11/14/2017 | 32 | MOTION for leave to appear in Pro Hac Vice *for Dominic E. Massa* ( Filing fee $ 310, receipt number 0971-11876611.) filed by Intel Corporation. (Attachments: # 1 Certificate of Good Standing)(Massa, Dominic) (Filed on 11/14/2017) (Entered: 11/14/2017) |
| 11/15/2017 | 33 | **ORDER GRANTING 31 APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 11/15/2017. (blflc4S, COURT STAFF) (Filed on 11/15/2017) (Entered: 11/15/2017)** |
| 11/15/2017 | 34 | **ORDER GRANTING 32 APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 11/15/2017. (blflc4S, COURT STAFF) (Filed on 11/15/2017) (Entered: 11/15/2017)** |
| 11/29/2017 | 35 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Allison, Craig) (Filed on 11/29/2017) (Entered: 11/29/2017) |
| 11/30/2017 | 36 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Selwyn, Mark) (Filed on 11/30/2017) (Entered: 11/30/2017) |
| 11/30/2017 | 37 | STIPULATION and Proposed Order selecting Mediation by VLSI Technology LLC filed by VLSI Technology LLC. (Bunsow, Henry) (Filed on 11/30/2017) (Entered: 11/30/2017) |
| 12/01/2017 | 38 | **ORDER GRANTING 37 STIPULATION SELECTING PRIVATE MEDIATION. Signed by Judge Beth Labson Freeman on 12/1/2017. (blflc4S, COURT STAFF) (Filed on 12/1/2017) (Entered: 12/01/2017)** |
|  |  |  |

| 12/06/2017 | 39 | *Intel Corporation's* ANSWER to Complaint with Jury Demand , *Defenses, and*, COUNTERCLAIM *to VLSI Technology LLC's Complaint for Patent Infringement* against Intel Corporation byIntel Corporation. (Selwyn, Mark) (Filed on 12/6/2017) (Entered: 12/06/2017) |
| --- | --- | --- |
| 12/06/2017 | 40 | Certificate of Interested Entities by Intel Corporation identifying Corporate Parent Intel Corporation for Intel Corporation, Intel Corporation. *and Intel Corporation's Corporate Disclosure Statement* (Selwyn, Mark) (Filed on 12/6/2017) (Entered: 12/06/2017) |
| 12/14/2017 | 41 | CASE MANAGEMENT STATEMENT *& Proposed Order Filed Jointly* filed by VLSI Technology LLC. (Bunsow, Henry) (Filed on 12/14/2017) (Entered: 12/14/2017) |
| 12/21/2017 | 42 | **Minute Entry for proceedings held before Judge Beth Labson Freeman: Initial Case Management Conference held on 12/21/2017.FTR Time: 11:19 - 12:07. Plaintiff Attorney: Henry Bunsow, Dino Hadzibegovic. Defendant Attorney: Louis Tompros, Amanda Major. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tshS, COURT STAFF) (Date Filed: 12/21/2017) (Entered: 12/21/2017)** |
| 12/21/2017 | 43 | AUDIO RECORDINGS ORDER (re: 42 Case Management Conference - Initial, ), by VLSI Technology LLC. Court will send to Jessika Sprague at jsprague@bdiplaw.com a link to the files requested in this order. ( Filing fee $ 31, receipt number 0971-11971543). (Bunsow, Henry) (Filed on 12/21/2017) (Entered: 12/21/2017) |
| 12/21/2017 | 44 | **CASE MANAGEMENT CONFERENCE re 42 Case Management Conference - Initial. Claims Tutorial set for 12/07/2018 09:00 AM. Claims Construction Hearing set for 12/14/2018 09:00 AM. Daubert Hearings set for 11/20/2020 09:00 AM. Last Day to Hear Dispositive Motions set 2/04/2021 09:00 AM. Final Pretrial Conference set for 4/22/2021 01:30 PM. Jury Selection set for 5/28/2021, 6/1/2021 09:00 AM. Jury Trial set for 6/1/2021, 6/2/2021, 6/3/2021, 6/4/2021, 6/7/2021, 6/8/2021, 6/9/2021, 6/10/2021, 6/11/2021 09:00 AM before Judge Beth Labson Freeman. Signed by Judge Beth Labson Freeman on 12/21/2017. (tshS, COURT STAFF) (Filed on 12/21/2017) (Entered: 12/22/2017)** |
| 12/27/2017 | 45 | ANSWER TO COUNTERCLAIM 39 Answer to Complaint,, Counterclaim, byVLSI Technology LLC. (Bunsow, Henry) (Filed on 12/27/2017) (Entered: 12/27/2017) |
| 01/09/2018 | 46 | TRANSCRIPT ORDER for proceedings held on 12/21/2017 before Judge Beth Labson Freeman by VLSI Technology LLC, for Court Reporter FTR - San Jose. (Hadzibegovic, Dino) (Filed on 1/9/2018) (TRANSCRIBER: JOAN COLUMBINI) Modified on 1/9/2018 (lmh, COURT STAFF). (Entered: 01/09/2018) |
| 01/16/2018 | 47 | TRANSCRIPT ORDER for proceedings held on 12/21/17 before Judge Beth Labson Freeman by Intel Corporation, for Court Reporter FTR - San Jose. (Selwyn, Mark) (Filed on 1/16/2018) (TRANSCRIBER: JOAN COLUMBINI) Modified on 1/16/2018 (lmh, COURT STAFF). (Entered: 01/16/2018) |

| 01/16/2018 | 48 | AUDIO RECORDINGS ORDER (re: 42 Case Management Conference - Initial, ), by Intel Corporation. Court will send to Ernest Aglipay at ernest.aglipay@wilmerhale.com a link to the files requested in this order. ( Filing fee $ 31, receipt number 0971-12025158). (Selwyn, Mark) (Filed on 1/16/2018) (Entered: 01/16/2018) |
| --- | --- | --- |
| 01/17/2018 | 49 | JOINT CASE MANAGEMENT STATEMENT *JOINT STIPULATED CASE SCHEDULE, CASE MANAGEMENT ORDERS, AND [PROPOSED] ORDER* filed by VLSI Technology LLC. (Bunsow, Henry) (Filed on 1/17/2018) (Entered: 01/17/2018) |
| 01/19/2018 | 50 | **ORDER REGARDING JOINT STIPULATED CASE SCHEDULE AT ECF 49 . Signed by Judge Beth Labson Freeman on 1/19/2018. (blflc4S, COURT STAFF) (Filed on 1/19/2018) (Entered: 01/19/2018)** |
| 01/23/2018 | 51 | Transcript of Proceedings held on December 21, 2017, before Judge Beth Labson Freeman. Court Reporter/Transcriber Joan Marie Columbini, CSR, RPR, telephone number (510) 367-3043, joan.columbini.csr@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 46 Transcript Order, 47 Transcript Order, ) Redaction Request due 2/13/2018. Redacted Transcript Deadline set for 2/23/2018. Release of Transcript Restriction set for 4/23/2018. (Related documents(s) 46 , 47 ) (Columbini, Joan) (Filed on 1/23/2018) (Entered: 01/23/2018) |
| 01/26/2018 | 52 | STIPULATION WITH PROPOSED ORDER *JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER* filed by VLSI Technology LLC. (Bunsow, Henry) (Filed on 1/26/2018) (Entered: 01/26/2018) |
| 01/26/2018 | 53 | STIPULATION WITH PROPOSED ORDER *STIPULATED [AND PROPOSED] ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION* filed by VLSI Technology LLC. (Bunsow, Henry) (Filed on 1/26/2018) (Entered: 01/26/2018) |
| 01/29/2018 | 54 | **ORDER GRANTING 52 STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER. Signed by Judge Beth Labson Freeman on 1/29/2018. (blflc4S, COURT STAFF) (Filed on 1/29/2018) (Entered: 01/29/2018)** |
| 02/01/2018 | 55 | NOTICE of Appearance by Robin King Curtis (Curtis, Robin) (Filed on 2/1/2018) (Entered: 02/01/2018) |
| 02/02/2018 | 56 | STIPULATION WITH PROPOSED ORDER *[JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER]* filed by VLSI Technology LLC. (Bunsow, Henry) (Filed on 2/2/2018) (Entered: 02/02/2018) |
| 02/05/2018 | 57 | |

|  |  | **ORDER GRANTING 56 STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER. Signed by Judge Beth Labson Freeman on 2/5/2018. (blflc4S, COURT STAFF) (Filed on 2/5/2018) (Entered: 02/05/2018)** |
|---|---|---|
| 02/09/2018 | 58 | **STIPULATED PROTECTIVE ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION. Signed by Judge Nathanael Cousins on 2/9/2018.** (lmh, COURT STAFF) (Filed on 2/9/2018) (Entered: 02/09/2018) |
| 02/09/2018 | 59 | STIPULATION WITH PROPOSED ORDER *JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER* filed by VLSI Technology LLC. (Bunsow, Henry) (Filed on 2/9/2018) (Entered: 02/09/2018) |
| 02/12/2018 | 60 | **ORDER GRANTING 59 STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER. Signed by Judge Beth Labson Freeman on 2/12/2018. (blflc4S, COURT STAFF) (Filed on 2/12/2018) (Entered: 02/12/2018)** |
| 02/16/2018 | 61 | **\*\*Filing Error. See Corrected Version in Doc 62 \*\*** STIPULATION WITH PROPOSED ORDER *JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER* filed by VLSI Technology LLC. (Bunsow, Henry) (Filed on 2/16/2018) Modified on 2/20/2018 (sfbS, COURT STAFF). (Entered: 02/16/2018) |
| 02/16/2018 | 62 | STIPULATION WITH PROPOSED ORDER *JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER CORRECTION OF DOCKET # 61* filed by VLSI Technology LLC. (Bunsow, Henry) (Filed on 2/16/2018) (Entered: 02/16/2018) |
| 02/20/2018 | 63 | **ORDER GRANTING 62 STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER. Signed by Judge Beth Labson Freeman on 2/20/2018. (blflc4S, COURT STAFF) (Filed on 2/20/2018) (Entered: 02/20/2018)** |
| 02/23/2018 | 64 | STIPULATION WITH PROPOSED ORDER *JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER* filed by VLSI Technology LLC. (Bunsow, Henry) (Filed on 2/23/2018) (Entered: 02/23/2018) |
| 02/26/2018 | 65 | NOTICE of Appearance by Morgan Chu (Chu, Morgan) (Filed on 2/26/2018) (Entered: 02/26/2018) |
| 02/26/2018 | 66 | NOTICE of Appearance by Benjamin W. Hattenbach (Hattenbach, Benjamin) (Filed on 2/26/2018) (Entered: 02/26/2018) |
| 02/26/2018 | 67 | NOTICE of Appearance by Dominik B. Slusarczyk (Slusarczyk, Dominik) (Filed on 2/26/2018) (Entered: 02/26/2018) |
| 02/26/2018 | 68 | **ORDER GRANTING 64 STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER. Signed by Judge Beth** |

| | | Labson Freeman on 2/26/2018. (blflc4S, COURT STAFF) (Filed on 2/26/2018) (Entered: 02/26/2018) |
|---|---|---|
| 02/28/2018 | [69](#) | NOTICE of Appearance by Karen I. Boyd (Boyd, Karen) (Filed on 2/28/2018) (Entered: 02/28/2018) |
| 03/07/2018 | [70](#) | NOTICE of Appearance by Andrew William Robb (Robb, Andrew) (Filed on 3/7/2018) (Entered: 03/07/2018) |
| 03/07/2018 | [71](#) | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-12168635.) filed by Intel Corporation. (Attachments: # [1](#) Certificate of Good Standing, # [2](#) Proposed Order)(Reiter, Mark) (Filed on 3/7/2018) (Entered: 03/07/2018) |
| 03/09/2018 | [72](#) | **ORDER GRANTING [71](#) APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 3/9/2018. (blflc4S, COURT STAFF) (Filed on 3/9/2018) (Entered: 03/09/2018)** |
| 03/09/2018 | [73](#) | STIPULATION WITH PROPOSED ORDER *JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 3/9/2018) (Entered: 03/09/2018) |
| 03/12/2018 | [74](#) | **ORDER GRANTING [73](#) STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER. Signed by Judge Beth Labson Freeman on 3/12/2018. (blflc4S, COURT STAFF) (Filed on 3/12/2018) (Entered: 03/12/2018)** |
| 03/16/2018 | [75](#) | STIPULATION WITH PROPOSED ORDER *TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 3/16/2018) (Entered: 03/16/2018) |
| 03/19/2018 | [76](#) | **ORDER GRANTING [75](#) STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER. (blflc4S, COURT STAFF) (Filed on 3/19/2018) (Entered: 03/19/2018)** |
| 03/19/2018 | [77](#) | MOTION for leave to appear in Pro Hac Vice *of Omar F. Amin* ( Filing fee $ 310, receipt number 0971-12200158.) filed by Intel Corporation. (Attachments: # [1](#) Exhibit Certificate of Good Standing)(Amin, Omar) (Filed on 3/19/2018) (Entered: 03/19/2018) |
| 03/20/2018 | [78](#) | **ORDER GRANTING [77](#) APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 3/20/2018.(blflc4S, COURT STAFF) (Filed on 3/20/2018) (Entered: 03/20/2018)** |
| 03/23/2018 | [79](#) | STIPULATION WITH PROPOSED ORDER *TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 3/23/2018) (Entered: 03/23/2018) |
| 03/26/2018 | [80](#) | NOTICE of Appearance by Amy E Proctor (Proctor, Amy) (Filed on 3/26/2018) (Entered: 03/26/2018) |
| 03/26/2018 | [81](#) | |

| | | |
|---|---|---|
| | | **ORDER GRANTING 79 STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER. Signed by Judge Beth Labson Freeman on 3/26/2018. (blflc4S, COURT STAFF) (Filed on 3/26/2018) (Entered: 03/26/2018)** |
| 03/30/2018 | 82 | STIPULATION WITH PROPOSED ORDER *TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 3/30/2018) (Entered: 03/30/2018) |
| 04/02/2018 | 83 | **ORDER GRANTING 82 STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER. Signed by Judge Beth Labson Freeman on 4/2/2018. (blflc4S, COURT STAFF) (Filed on 4/2/2018) (Entered: 04/02/2018)** |
| 04/06/2018 | 84 | STIPULATION WITH PROPOSED ORDER *TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 4/6/2018) (Entered: 04/06/2018) |
| 04/09/2018 | 85 | **ORDER GRANTING 84 STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER. Signed by Judge Beth Labson Freeman on 4/9/2018. (blflc4S, COURT STAFF) (Filed on 4/9/2018) (Entered: 04/09/2018)** |
| 04/13/2018 | 86 | STIPULATION WITH PROPOSED ORDER *TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 4/13/2018) (Entered: 04/13/2018) |
| 04/16/2018 | 87 | **ORDER GRANTING 86 STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER. Signed by Judge Beth Labson Freeman on 4/16/2018. (blflc4S, COURT STAFF) (Filed on 4/16/2018) (Entered: 04/16/2018)** |
| 04/20/2018 | 88 | STIPULATION WITH PROPOSED ORDER *TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 4/20/2018) (Entered: 04/20/2018) |
| 04/23/2018 | 89 | **ORDER GRANTING 88 STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER. Signed by Judge Beth Labson Freeman on 4/23/2018. (blflc4S, COURT STAFF) (Filed on 4/23/2018) (Entered: 04/23/2018)** |
| 04/27/2018 | 90 | STIPULATION WITH PROPOSED ORDER *TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 4/27/2018) (Entered: 04/27/2018) |
| 04/30/2018 | 91 | **ORDER GRANTING 90 STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER. Signed by Judge Beth Labson Freeman on 4/30/2018. (blflc4S, COURT STAFF) (Filed on 4/30/2018) (Entered: 04/30/2018)** |
| 05/03/2018 | 92 | STIPULATION WITH PROPOSED ORDER *CONTINUING MAY 10, 2018 CASE MANAGEMENT CONFERENCE* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 5/3/2018) (Entered: 05/03/2018) |
| | | |

| 05/04/2018 | 93 | **ORDER GRANTING 92 STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND SETTING FURTHER CASE MANAGEMENT CONFERENCE ON JULY 26, 2018 AT 11:00 A.M.** Signed by Judge Beth Labson Freeman on 5/4/2018. (blflc4S, COURT STAFF) (Filed on 5/4/2018) (Entered: 05/04/2018) |
|---|---|---|
| 05/04/2018 | 94 | STIPULATION WITH PROPOSED ORDER *TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 5/4/2018) (Entered: 05/04/2018) |
| 05/07/2018 | 95 | **ORDER GRANTING 94 STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER. (blflc4S, COURT STAFF) (Filed on 5/7/2018) (Entered: 05/07/2018)** |
| 05/11/2018 | 96 | STIPULATION WITH PROPOSED ORDER *TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 5/11/2018) (Entered: 05/11/2018) |
| 05/14/2018 | 97 | **ORDER GRANTING 96 STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER AS MODIFIED BY COURT.** Signed by Judge Beth Labson Freeman on 5/14/2018. (blflc4S, COURT STAFF) (Filed on 5/14/2018) (Entered: 05/14/2018) |
| 05/18/2018 | 98 | STIPULATION WITH PROPOSED ORDER *REQUESTING LEAVE TO ATTACH DOCUMENTS TO A JOINT STATEMENT PURSUANT TO JUDGE NATHANAEL M. COUSINS' CIVIL STANDING ORDER REGARDING DISCOVERY DISPUTES* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 5/18/2018) (Entered: 05/18/2018) |
| 05/25/2018 | 99 | STIPULATION WITH PROPOSED ORDER *STIPULATED AND PROPOSED PROTECTIVE ORDER* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 5/25/2018) (Entered: 05/25/2018) |
| 05/25/2018 | 100 | STIPULATION re 98 STIPULATION WITH PROPOSED ORDER *REQUESTING LEAVE TO ATTACH DOCUMENTS TO A JOINT STATEMENT PURSUANT TO JUDGE NATHANAEL M. COUSINS' CIVIL STANDING ORDER REGARDING DISCOVERY DISPUTES STIPULATION TO WITHDRAW REQUEST FOR LEAVE TO ATTACH DOCUMENTS* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 5/25/2018) (Entered: 05/25/2018) |
| 05/29/2018 | 101 | First Discovery Letter Brief *Re: Intel's Patent L.R. 3-4 Production* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 5/29/2018) (Entered: 05/29/2018) |
| 05/30/2018 | 102 | CLERK'S NOTICE SETTING HEARING RE: Discovery Letter Brief Re: Intel's Patent L.R. 3-4 Production 101 . Motion Hearing set for 6/20/2018 01:00 PM in San Jose, Courtroom 5, 4th Floor before Judge Nathanael M. Cousins. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (lmh, COURT STAFF) (Filed on 5/30/2018) (Entered: 05/30/2018) |
| 06/06/2018 | 103 | |

| | | |
|---|---|---|
| | | Second Discovery Letter Brief *re: Intel's Failure to Produce Discovery and to Meet and Confer* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 6/6/2018) (Entered: 06/06/2018) |
| 06/07/2018 | 104 | Discovery Letter Brief *re: VLSI's Second Discovery Letter Brief* filed by Intel Corporation. (Selwyn, Mark) (Filed on 6/7/2018) (Entered: 06/07/2018) |
| 06/12/2018 | 105 | STIPULATION WITH PROPOSED ORDER *Joint Stipulation And [Proposed] Order Regarding Certain Terms That Defendant Asserts Are Indefinite* filed by Intel Corporation. (Selwyn, Mark) (Filed on 6/12/2018) (Entered: 06/12/2018) |
| 06/13/2018 | 106 | **ORDER GRANTING 105 STIPULATION REGARDING CERTAIN TERMS THAT DEFENDANT ASSERTS ARE INDEFINITE. Signed by Judge Beth Labson Freeman on 6/13/2018. (blflc4S, COURT STAFF) (Filed on 6/13/2018) (Entered: 06/13/2018)** |
| 06/18/2018 | 107 | **STIPULATED PROTECTIVE ORDER. Signed by Judge Nathanael Cousins on 6/18/2018.** (lmh, COURT STAFF) (Filed on 6/18/2018) (Entered: 06/18/2018) |
| 06/18/2018 | 108 | CLERK'S NOTICE SETTING HEARING RE: Second Discovery Letter Brief *re: Intel's Failure to Produce Discovery and to Meet and Confer* filed by VLSI Technology LLC 103 and Discovery Letter Brief *re: VLSI's Second Discovery Letter Brief* filed by Intel Corporation 104 . Motion Hearing set for 6/20/2018 01:00 PM in San Jose, Courtroom 5, 4th Floor before Judge Nathanael M. Cousins. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (lmh, COURT STAFF) (Filed on 6/18/2018) (Entered: 06/18/2018) |
| 06/20/2018 | 109 | **Minute Entry for proceedings held before Judge Nathanael M. Cousins. Hearing re Discovery Letter Briefs 101 , 103 , 104 held on 6/20/2018: Parties to continue meet and confer and submit joint status report by 6/29/2018.** Attorneys for VLSI Technology: Amy Proctor, Dominik Slusarczyk. Attorneys for Intel Corporation: Mark Selwyn, Amanda Major, Liv Herriot. (FTR Time: 1:27pm - 1:49pm.) *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (lmh, COURT STAFF) (Date Filed: 6/20/2018) (Entered: 06/21/2018) |
| 06/21/2018 | 110 | ◔) PDF with attached Audio File. Court Date & Time [ 6/20/2018 1:27:16 PM ]. File Size [ 10696 KB ]. Run Time [ 00:22:17 ]. (courtspeak). (Entered: 06/21/2018) |
| 06/21/2018 | 111 | **ORDER ON DISCOVERY BRIEFS AT ECF 101 , 103 , 104 . Signed by Judge Nathanael Cousins.** (lmh, COURT STAFF) (Filed on 6/21/2018) (Entered: 06/21/2018) |
| 06/21/2018 | 112 | TRANSCRIPT ORDER for proceedings held on 06/20/2018 before Judge Nathanael Cousins by Intel Corporation, for Court Reporter FTR - San Jose. (Selwyn, Mark) (Filed on 6/21/2018) (TRANSCRIBER: RAYNEE |

| | | MERCADO) Modified on 6/21/2018 (lmh, COURT STAFF). (Entered: 06/21/2018) |
|---|---|---|
| 06/26/2018 | 113 | NOTICE by Intel Corporation *Intel Corporation's Notice Of Filing Of Petition For Inter Partes Review Of USPN 7,709,303* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Selwyn, Mark) (Filed on 6/26/2018) (Entered: 06/26/2018) |
| 06/26/2018 | 114 | NOTICE by Intel Corporation *Intel Corporation's Notice Of Filing Of Petition For Inter Partes Review Of USPN 8,566,836* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Selwyn, Mark) (Filed on 6/26/2018) (Entered: 06/26/2018) |
| 06/29/2018 | 115 | STIPULATION WITH PROPOSED ORDER re 111 Order on Discovery Letter Brief,, *Joint Discovery Status Update* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 6/29/2018) (Entered: 06/29/2018) |
| 07/05/2018 | 116 | **ORDER GRANTING STIPULATION RE: Joint Discovery Status Update 115 . Update due by 7/16/2018. Signed by Judge Nathanael Cousins.** (lmh, COURT STAFF) (Filed on 7/5/2018) (Entered: 07/05/2018) |
| 07/10/2018 | 117 | NOTICE by Intel Corporation *Intel Corporation's Notice Of Pendency Of Other Action Or Proceeding* (Selwyn, Mark) (Filed on 7/10/2018) (Entered: 07/10/2018) |
| 07/13/2018 | 118 | CLAIM CONSTRUCTION STATEMENT *Joint Claim Construction And Prehearing Statement* filed by Intel Corporation. (Attachments: # 1 Exhibit A) (Selwyn, Mark) (Filed on 7/13/2018) (Entered: 07/13/2018) |
| 07/16/2018 | 119 | STIPULATION WITH PROPOSED ORDER re 116 Order on Stipulation *Joint Discovery Status Update* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 7/16/2018) (Entered: 07/16/2018) |
| 07/17/2018 | 120 | **ORDER GRANTING STIPULATION re Joint Discovery Status Update 119 . Parties to continue their meet and confer and file an update by 8/1/2018. Signed by Judge Nathanael Cousins.** (lmh, COURT STAFF) (Filed on 7/17/2018) (Entered: 07/17/2018) |
| 07/19/2018 | 121 | STIPULATION WITH PROPOSED ORDER *CONTINUING JULY 26, 2018 CASE MANAGEMENT CONFERENCE* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 7/19/2018) (Entered: 07/19/2018) |
| 07/23/2018 | 122 | **ORDER GRANTING 121 STIPULATION AND VACATING SCHEDULED JULY 19, 2018 JOINT CASE MANAGEMENT STATEMENT DEADLINE AND CONTINUING THE SCHEDULED JULY 26, 2018 CASE MANAGEMENT CONFERENCE TO NOVEMBER 1, 2018 AT 11:00 A.M. Signed by Judge Beth Labson Freeman on 7/23/2018. (blflc4S, COURT STAFF) (Filed on 7/23/2018) (Entered: 07/23/2018)** |
| 07/24/2018 | | Clerk's Notice Resetting Case Management Conference re 122 Order on Stipulation. Further Case Management Conference set for 11/1/2018 11:00 AM in San Jose, Courtroom 3, 5th Floor. Case Management Statement due by 10/25/2018. (tshS, COURT STAFF) (Filed on 7/24/2018) (Entered: 07/24/2018) |
| | | |

| 07/24/2018 | 123 | Statement re 117 Notice (Other) *OPPOSING DEFENDANT INTEL CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING* by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 7/24/2018) (Entered: 07/24/2018) |
| --- | --- | --- |
| 07/25/2018 | 124 | NOTICE of Appearance by Charlotte J. Wen (Wen, Charlotte) (Filed on 7/25/2018) (Entered: 07/25/2018) |
| 08/01/2018 | 125 | STIPULATION WITH PROPOSED ORDER re 120 Order on Stipulation *Joint Discovery Status Update* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 8/1/2018) (Entered: 08/01/2018) |
| 08/02/2018 | 126 | Transcript of Electronically Recorded Proceedings held on June 20, 2018, before Judge Nathanael M. Cousins. Transcriber Raynee H. Mercado. telephone number 510-502-6175, cacsr8258@gmail.com. Tape Number: 1:27 pm - 1:49 pm. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 112 Transcript Order, ) Release of Transcript Restriction set for 10/17/2018. (Related document(s) 112 ) (rhm) (Filed on 8/2/2018) (Entered: 08/02/2018) |
| 08/03/2018 | 127 | STIPULATION WITH PROPOSED ORDER *Joint Stipulation and [Proposed] Order to Extend Deadline to Serve Amended Infringement Contentions* filed by VLSI Technology LLC. (Wen, Charlotte) (Filed on 8/3/2018) (Entered: 08/03/2018) |
| 08/06/2018 | 128 | **ORDER GRANTING STIPULATION 125 . The parties must file a joint discovery status update by 8/15/2018. Signed by Judge Nathanael Cousins.** (lmh, COURT STAFF) (Filed on 8/6/2018) (Entered: 08/06/2018) |
| 08/06/2018 | 129 | **ORDER GRANTING JOINT STIPULATION to Extend Deadline to Serve Amended Infringement Contentions 127 . by Judge Nathanael Cousins.** (lmh, COURT STAFF) (Filed on 8/6/2018) (Entered: 08/06/2018) |
| 08/13/2018 | 130 | NOTICE by Intel Corporation *Intel Corporation's Notice Of Filing Of Petition For Inter Partes Review Of USPN 7,268,588* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Selwyn, Mark) (Filed on 8/13/2018) (Entered: 08/13/2018) |
| 08/13/2018 | 131 | NOTICE by Intel Corporation *Intel Corporation's Notice Of Filing Of Petition For Inter Partes Review Of USPN 7,675,806* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Selwyn, Mark) (Filed on 8/13/2018) (Entered: 08/13/2018) |
| 08/13/2018 | 132 | NOTICE by Intel Corporation *Intel Corporation's Notice Of Filing Of Petition For Inter Partes Review Of USPN 8,004,922 (IPR2018-01033)* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Selwyn, Mark) (Filed on 8/13/2018) (Entered: 08/13/2018) |
| 08/13/2018 | 133 | NOTICE by Intel Corporation *Intel Corporation's Notice Of Filing Of Petition For Inter Partes Review Of USPN 8,004,922 (IPR2018-01144)* (Attachments: |

| | | # 1 Exhibit A, # 2 Exhibit B)(Selwyn, Mark) (Filed on 8/13/2018) (Entered: 08/13/2018) |
|---|---|---|
| 08/15/2018 | 134 | MOTION to Withdraw as Attorney *Unopposed Motion for Withdrawal of Counsel and Request for Termination of Electronic Notices* filed by VLSI Technology LLC. Responses due by 8/29/2018. Replies due by 9/5/2018. (Attachments: # 1 Proposed Order)(De Mory, Denise) (Filed on 8/15/2018) (Entered: 08/15/2018) |
| 08/15/2018 | 135 | NOTICE by Intel Corporation *Intel Corporation's Notice Of Filing Of Petition For Inter Partes Review Of USPN 7,706,207* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Selwyn, Mark) (Filed on 8/15/2018) (Entered: 08/15/2018) |
| 08/15/2018 | 136 | NOTICE by Intel Corporation *Intel Corporation's Notice Of Filing Of Petition For Inter Partes Review Of USPN 8,268,672* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Selwyn, Mark) (Filed on 8/15/2018) (Entered: 08/15/2018) |
| 08/15/2018 | 137 | STIPULATION WITH PROPOSED ORDER re 128 Order on Stipulation *Joint Discovery Status Update* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 8/15/2018) (Entered: 08/15/2018) |
| 08/16/2018 | 138 | **ORDER GRANTING 134 PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL AND REQUEST FOR TERMINATION OF ELECTRONIC NOTICES. Signed by Judge Beth Labson Freeman on 8/16/2018. (blflc4S, COURT STAFF) (Filed on 8/16/2018) (Entered: 08/16/2018)** |
| 08/23/2018 | 139 | Letter Brief filed byIntel Corporation. (Selwyn, Mark) (Filed on 8/23/2018). (Entered: 08/23/2018) |
| 08/24/2018 | 140 | CLERK'S NOTICE SETTING HEARING RE: Discovery Letter Brief 139 . Motion Hearing set for 8/29/2018 01:00 PM in San Jose, Courtroom 7, 4th Floor before Judge Nathanael M. Cousins. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (lmh, COURT STAFF) (Filed on 8/24/2018) (Entered: 08/24/2018) |
| 08/29/2018 | 141 | **Minute Entry for proceedings held before Judge Nathanael M. Cousins. Hearing re Discovery Letter Brief 139 held on 8/29/2018: Stipulation at Dkt. No. 137 is GRANTED, with further report due 9/5; Intel's motion for relief from protective order for limited purpose is GRANTED;** Attorney for Plaintiff: Dominik Slusarczyk. Attorneys for Defendant: Mark Selwyn, Live Herriot. FTR Time: 1:10pm - 1:19pm. Attachment: Minute order; Order re Stipulation Dkt. 137) (lmh, COURT STAFF) (Date Filed: 8/29/2018). (Entered: 08/29/2018) |
| 08/30/2018 | 142 | TRANSCRIPT ORDER for proceedings held on 08/29/18 before Judge Nathanael M. Cousins by Intel Corporation, for Court Reporter FTR - San Jose. (Selwyn, Mark) (Filed on 8/30/2018) **(TRANSCRIBER: JOAN COLUMBINI)** Modified on 8/30/2018 (lmh, COURT STAFF) (Entered: 08/30/2018) |

| 08/30/2018 | 143 | Brief *Opening Claim Construction Brief* filed byVLSI Technology LLC. (Proctor, Amy) (Filed on 8/30/2018) (Entered: 08/30/2018) |
| --- | --- | --- |
| 08/30/2018 | 144 | Declaration of Amy E. Proctor in Support of 143 Brief filed byVLSI Technology LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24)(Related document(s) 143 ) (Proctor, Amy) (Filed on 8/30/2018) (Entered: 08/30/2018) |
| 08/30/2018 | 145 | Declaration of Professor Thomas M. Conte in Support of 143 Brief filed byVLSI Technology LLC. (Attachments: # 1 Exhibit A)(Related document(s) 143 ) (Proctor, Amy) (Filed on 8/30/2018) (Entered: 08/30/2018) |
| 09/05/2018 | 146 | MOTION for leave to appear in Pro Hac Vice *for Michael E. Jones* ( Filing fee $ 310, receipt number 0971-12653504.) filed by Intel Corporation. (Attachments: # 1 Certificate of Good Standing)(Jones, Michael) (Filed on 9/5/2018) (Entered: 09/05/2018) |
| 09/05/2018 | 147 | STIPULATION WITH PROPOSED ORDER re 141 Motion Hearing,,, Order on Stipulation,,, Order on Discovery Letter Brief,, *Joint Discovery Status Update* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 9/5/2018) (Entered: 09/05/2018) |
| 09/06/2018 | 148 | **ORDER GRANTING 146 APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 9/6/2018. (blflc3S, COURT STAFF) (Filed on 9/6/2018) (Entered: 09/06/2018)** |
| 09/07/2018 | 149 | NOTICE by Intel Corporation *Intel Corporation's Notice Of Filing Of Petition For Inter Partes Review Of USPN 8,020,014* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Selwyn, Mark) (Filed on 9/7/2018) (Entered: 09/07/2018) |
| 09/13/2018 | 150 | ⏸ PDF with attached Audio File. Court Date & Time [ 8/29/2018 1:10:37 PM ]. File Size [ 4040 KB ]. Run Time [ 00:08:25 ]. (courtspeak). (Entered: 09/13/2018) |
| 09/13/2018 | 151 | Transcript of Proceedings held on August 29, 2018, before Judge Nathanael M. Cousins. Court Reporter/Transcriber Joan Marie Columbini, CSR, RPR, telephone number (510) 367-3043, joan.columbini.csr@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 142 Transcript Order, ) Redaction Request due 10/4/2018. Redacted Transcript Deadline set for 10/15/2018. Release of Transcript Restriction set for 12/12/2018. (Related documents(s) 142 ) (Columbini, Joan) (Filed on 9/13/2018) (Entered: 09/13/2018) |
| 09/19/2018 | 152 | |

| | | Discovery Letter Brief filed by Intel Corporation. (Selwyn, Mark) (Filed on 9/19/2018) (Entered: 09/19/2018) |
|---|---|---|
| 09/19/2018 | 153 | **Order granting 147 Stipulation entered by Judge Nathanael M. Cousins. Updated discovery status report due Sept. 21, 2018. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Entered: 09/19/2018)** |
| 09/19/2018 | 154 | CLERK'S NOTICE SETTING HEARING RE: Discovery Letter Brief 152 . Motion Hearing set for 10/24/2018 01:00 PM in San Jose, Courtroom 7, 4th Floor before Judge Nathanael M. Cousins, with parties to file proposed orders by 10/22. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (lmh, COURT STAFF) (Filed on 9/19/2018) (Entered: 09/19/2018) |
| 09/21/2018 | 155 | STIPULATION WITH PROPOSED ORDER re 153 Order on Stipulation *Joint Discovery Status Update* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 9/21/2018) (Entered: 09/21/2018) |
| 09/24/2018 | 156 | **JOINT DISCOVERY STATUS UPDATE AND ORDER 155 . Signed by Judge Nathanael Cousins.** (lmh, COURT STAFF) (Filed on 9/24/2018) (Entered: 09/24/2018) |
| 09/27/2018 | 157 | NOTICE by Intel Corporation *Intel Corporation's Notice Of Filing Of Petition For Inter Partes Review Of USPN 7,675,806 (IPR2018-01296)* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Selwyn, Mark) (Filed on 9/27/2018) (Entered: 09/27/2018) |
| 10/04/2018 | 158 | Response re 143 Brief *Intel's Responsive Claim Construction Brief* byIntel Corporation. (Attachments: # 1 Declaration Of Mark D. Selwyn In Support Of Intel's Responsive Claim Construction Brief, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15)(Selwyn, Mark) (Filed on 10/4/2018) (Entered: 10/04/2018) |
| 10/04/2018 | 159 | Declaration of David August in Support of 158 Response,, *Declaration Of David August In Support Of Intel's Responsive Claim Construction Brief* filed byIntel Corporation. (Attachments: # 1 Exhibit A)(Related document(s) 158 ) (Selwyn, Mark) (Filed on 10/4/2018) (Entered: 10/04/2018) |
| 10/04/2018 | 160 | Declaration of John C. Bravman in Support of 158 Response,, *Declaration Of John C. Bravman, Ph.D. Regarding Claim Construction Of U.S. Patent Nos. 7,709,303 And 8,268,672 On Behalf Of Intel Corporation* filed byIntel Corporation. (Attachments: # 1 Exhibit A)(Related document(s) 158 ) (Selwyn, Mark) (Filed on 10/4/2018) (Entered: 10/04/2018) |
| 10/04/2018 | 161 | Declaration of Patrick Chapman in Support of 158 Response,, *Declaration Of Patrick Chapman In Support Of Intel's Responsive Claim Construction Brief* filed byIntel Corporation. (Attachments: # 1 Exhibit A)(Related document(s) 158 ) (Selwyn, Mark) (Filed on 10/4/2018) (Entered: 10/04/2018) |
| 10/04/2018 | 162 | |

| | | |
|---|---|---|
| | | Declaration of Bruce Jacob in Support of 158 Response,, *Declaration Of Bruce Jacob In Support Of Intel's Responsive Claim Construction Brief* filed by Intel Corporation. (Attachments: # 1 Exhibit A)(Related document(s) 158 ) (Selwyn, Mark) (Filed on 10/4/2018) (Entered: 10/04/2018) |
| 10/04/2018 | 163 | Declaration of Anand Raghunathan in Support of 158 Response,, *Declaration Of Professor Anand Raghunathan In Support Of Intel's Responsive Claim Construction Brief* filed by Intel Corporation. (Attachments: # 1 Exhibit A) (Related document(s) 158 ) (Selwyn, Mark) (Filed on 10/4/2018) (Entered: 10/04/2018) |
| 10/09/2018 | 164 | Discovery Letter Brief filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 10/9/2018) (Entered: 10/09/2018) |
| 10/15/2018 | 165 | NOTICE by Intel Corporation *Intel Corporation's Notice Of Filing Of Petition For Inter Partes Review Of USPN 8,020,014 (IPR2018-0166)* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Selwyn, Mark) (Filed on 10/15/2018) (Entered: 10/15/2018) |
| 10/17/2018 | 166 | NOTICE by Intel Corporation *Intel Corporation's Notice Of Filing Of Petition For Inter Partes Review Of USPN 7,675,806 (IPR2019-00034)* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Selwyn, Mark) (Filed on 10/17/2018) (Entered: 10/17/2018) |
| 10/22/2018 | 167 | CLERK'S NOTICE SETTING HEARING RE: Discovery Letter Brief 164 . Hearing set for 10/24/2018 01:00 PM in San Jose, Courtroom 7, 4th Floor before Judge Nathanael M. Cousins. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (lmh, COURT STAFF) (Filed on 10/22/2018) (Entered: 10/22/2018) |
| 10/22/2018 | 168 | Proposed Order re 154 Clerk's Notice,, Set Motion and Deadlines/Hearings, *[Proposed] Order To Compel VLSI To Supplement Its Damages Contentions* by Intel Corporation. (Selwyn, Mark) (Filed on 10/22/2018) (Entered: 10/22/2018) |
| 10/22/2018 | 169 | Proposed Order re 154 Clerk's Notice,, Set Motion and Deadlines/Hearings, *[Proposed] Order Regarding Damages Discovery* by VLSI Technology LLC. (Attachments: # 1 Proposed Order)(Proctor, Amy) (Filed on 10/22/2018) (Entered: 10/22/2018) |
| 10/24/2018 | 170 | STIPULATION WITH PROPOSED ORDER *Vacating Scheduled October 25, 2018 Joint Case Management Statement Deadline and Continuing the Scheduled November 1, 2018 Case Management Conference* filed by VLSI Technology LLC. (Wen, Charlotte) (Filed on 10/24/2018) (Entered: 10/24/2018) |
| 10/24/2018 | 171 | **Minute Entry for proceedings held before Judge Nathanael M. Cousins. Discovery Hearing re Letter Briefs 152 , 164 held on 10/24/2018: Parties to meet and confer regarding process of hiring an expert or special master; Parties to submit an update by 11/7, which also includes damages contentions; Further Discovery Hearing re 164 set for 11/14/2018 11:00 AM in San** |

| | | |
|---|---|---|
| | | Jose, Courtroom 5, 4th Floor. **Attorney for Plaintiff: Amy Proctor.** **Defendant Attorney: Jordan Hirsch, Amanda Major, Mark Selwyn.** **(FTR Time: 1:19pm - 1:48pm.)** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (lmh, COURT STAFF) (Date Filed: 10/24/2018) (Entered: 10/25/2018) |
| 10/24/2018 | 172 | **ORDER TO COMPEL VLSI TO SUPPLEMENT ITS DAMAGES CONTENTIONS re 168 . Signed by Judge Nathanael Cousins on 10/24/2018.** (lmh, COURT STAFF) (Filed on 10/24/2018) (Entered: 10/25/2018) |
| 10/25/2018 | 173 | **ORDER GRANTING 170 STIPULATION TO CONTINUE CMC. Signed by Judge Beth Labson Freeman on 10/25/2018. (blflc3S, COURT STAFF) (Filed on 10/25/2018) (Entered: 10/25/2018)** |
| 10/25/2018 | 174 | TRANSCRIPT ORDER for proceedings held on 10/24/2018 before Judge Nathanael M. Cousins by Intel Corporation, for Court Reporter FTR - San Jose. (Selwyn, Mark) (Filed on 10/25/2018)(TRANSCRIBER: JOAN COLUMBINI) Modified on 10/26/2018 (lmh, COURT STAFF). (Entered: 10/25/2018) |
| 10/25/2018 | 175 | PDF with attached Audio File. Court Date & Time [ 10/24/2018 1:19:06 PM ]. File Size [ 14312 KB ]. Run Time [ 00:29:49 ]. (courtspeak). (Entered: 10/25/2018) |
| 11/07/2018 | 176 | Proposed Order re 171 Motion Hearing,,, Set Motion and Deadlines/Hearings,,, Order on Discovery Letter Brief,, *Joint Status Report and [Proposed] Order Regarding November 14 Discovery Hearing and Special Master* by VLSI Technology LLC. (Wen, Charlotte) (Filed on 11/7/2018) (Entered: 11/07/2018) |
| 11/07/2018 | 177 | Proposed Order re 164 Discovery Letter Brief *[Proposed] Order Denying VLSI's Motion To Compel Defendant Intel Corporation To Provide Discovery On Additional Products* by Intel Corporation. (Selwyn, Mark) (Filed on 11/7/2018) (Entered: 11/07/2018) |
| 11/07/2018 | 178 | Proposed Order re 164 Discovery Letter Brief *[Proposed] Order Granting VLSI's Motion to Compel Defendant Intel Corporation to Provide Discovery on Additional Products* by VLSI Technology LLC. (Attachments: # 1 Proposed Order)(Wen, Charlotte) (Filed on 11/7/2018) (Entered: 11/07/2018) |
| 11/08/2018 | 179 | Brief *Reply Claim Construction Brief* filed byVLSI Technology LLC. (Proctor, Amy) (Filed on 11/8/2018) (Entered: 11/08/2018) |
| 11/08/2018 | 180 | Declaration of Amy E. Proctor in Support of 179 Brief filed byVLSI Technology LLC. (Attachments: # 1 Exhibit 25, # 2 Exhibit 26, # 3 Exhibit 27, # 4 Exhibit 28, # 5 Exhibit 29, # 6 Exhibit 30, # 7 Exhibit 31)(Related document(s) 179 ) (Proctor, Amy) (Filed on 11/8/2018) (Entered: 11/08/2018) |
| 11/08/2018 | 181 | Declaration of Professor Thomas M. Conte in Support of 179 Brief filed byVLSI Technology LLC. (Related document(s) 179 ) (Proctor, Amy) (Filed on 11/8/2018) (Entered: 11/08/2018) |

| | | |
|---|---|---|
| 11/09/2018 | 182 | Transcript of Proceedings held on October 24, 2018, before Judge Nathanael Cousins. Court Reporter/Transcriber Joan Marie Columbini, CSR, RPR, telephone number (510) 367-3043, joan.columbini.csr@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 174 Transcript Order, ) Redaction Request due 11/30/2018. Redacted Transcript Deadline set for 12/10/2018. Release of Transcript Restriction set for 2/7/2019. (Related documents(s) 174 ) (Columbini, Joan) (Filed on 11/9/2018) (Entered: 11/09/2018) |
| 11/09/2018 | 183 | NOTICE by Intel Corporation *Intel Corporation's Notice Of Order Transferring Its Motion To Compel NXP USA, Inc.'s Compliance With Subpoena From W.D. Tex. To This Court* (Attachments: # 1 Exhibit A) (Selwyn, Mark) (Filed on 11/9/2018) (Entered: 11/09/2018) |
| 11/12/2018 | 184 | NOTICE of Appearance by Leah C Johannesson (Johannesson, Leah) (Filed on 11/12/2018) (Entered: 11/12/2018) |
| 11/13/2018 | 185 | **SEE CLERK'S NOTICE DOCKET NO. 186.** Modified on 11/13/2018 (lmh, COURT STAFF). (Entered: 11/13/2018) |
| 11/13/2018 | 186 | CLERK'S NOTICE: The Discovery Hearing set for **11:00 AM** on 11/14/2018 is reset as a **Status Conference** in Courtroom 7, 4th Floor before Judge Nathanael Cousins. Counsel may participate by telephone and must contact the Courtroom Deputy at Lili_Harrell@cand.uscourts.gov to *provide* a direct dial number for their appearance. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (lmh, COURT STAFF) (Filed on 11/13/2018). (Entered: 11/13/2018) |
| 11/14/2018 | 187 | **Minute Entry for proceedings held before Judge Nathanael M. Cousins. Status Conference held on 11/14/2018:** <br> **Parties to submit status report regarding efforts to identify special master by 11/28/2018;** <br> **Discovery Status Hearing set for 12/5/2018 01:00 PM in San Jose, Courtroom 7, 4th Floor.** <br> (Motion to Compel in 18-mc-80193 to be set for 12/5/2018 01:00 PM) <br> Attorney for Plaintiff: Amy Proctor. <br> Attorney for Defendant: Amanda Major. <br> (FTR Time: 11:09am - 11:20am.) <br> *(This is a text-only entry generated by the court. There is no document associated with this entry.)* <br> (lmh, COURT STAFF) (Date Filed: 11/14/2018) (Entered: 11/14/2018) |
| 11/14/2018 | 188 | PDF with attached Audio File. Court Date & Time [ 11/14/2018 11:09:35 AM ]. File Size [ 5032 KB ]. Run Time [ 00:10:29 ]. (courtspeak). (Entered: 11/14/2018) |
| 11/15/2018 | 189 | TRANSCRIPT ORDER for proceedings held on 11/14/2018 before Judge Nathanael M. Cousins by Intel Corporation, for Court Reporter FTR - San |

| | | Jose. (Selwyn, Mark) (Filed on 11/15/2018) (TRANSCRIBER: AD HOC REPORTING) Modified on 11/15/2018 (lmh, COURT STAFF). (Entered: 11/15/2018) |
|---|---|---|
| 11/18/2018 | 190 | Transcript of Proceedings held on 11/14/2018, before Magistrate Judge Nathanael Cousins. Court Reporter/Transcriber Peggy Schuerger/Ad Hoc Reporting, telephone number (619) 228-3774/adhocreporting@aol.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 189 Transcript Order, ) Redaction Request due 12/10/2018. Redacted Transcript Deadline set for 12/19/2018. Release of Transcript Restriction set for 2/19/2019. (Related documents(s) 189 ) (pls, COURT STAFF) (Filed on 11/18/2018) (Entered: 11/18/2018) |
| 11/20/2018 | 191 | NOTICE by Intel Corporation *Intel Corporation's Notice Of Granted Motion To Dismiss In Inter Partes Review Of USPN 7,675,806 (IPR2018-01034)* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Selwyn, Mark) (Filed on 11/20/2018) (Entered: 11/20/2018) |
| 11/21/2018 | 192 | **ORDER RE LENGTH OF TIME FOR CLAIM CONSTRUCTION TUTORIAL AND HEARING. Signed by Judge Beth Labson Freeman on 11/21/2018. (blflc3S, COURT STAFF) (Filed on 11/21/2018) (Entered: 11/21/2018)** |
| 11/27/2018 | 193 | STIPULATION WITH PROPOSED ORDER *To Extend The Deadline For VLSI To Supplement Its Damages Contentions* filed by VLSI Technology LLC. (Attachments: # 1 Proposed Order)(Johannesson, Leah) (Filed on 11/27/2018) (Entered: 11/27/2018) |
| 11/28/2018 | 194 | STATUS REPORT *(Joint) Regarding Discovery Special Master Pursuant To D.I. 187* by VLSI Technology LLC. (Johannesson, Leah) (Filed on 11/28/2018) (Entered: 11/28/2018) |
| 11/29/2018 | 195 | **ORDER GRANTING STIPULATION To Extend The Deadline For VLSI To Supplement Its Damages Contentions 193 . Signed by Judge Nathanael Cousins. (lmh, COURT STAFF) (Filed on 11/29/2018) (Entered: 11/29/2018)** |
| 12/03/2018 | 196 | CLERK'S NOTICE RESETTING TUTORIAL. Tutorial Hearing set for 12/13/2018 01:30 PM in San Jose, Courtroom 3, 5th Floor. *(This is a text-only entry generated by the court. There is no document associated with this entry.).* (tshS, COURT STAFF) (Filed on 12/3/2018) (Entered: 12/03/2018) |
| 12/05/2018 | 198 | **Minute Entry for proceedings held before Judge Nathanael M. Cousins. Further Discovery Hearing held on 12/5/2018: Parties are to continue to meet and confer regarding selection of special master; Stipulation and proposed order by 12/19;** |

| | | |
|---|---|---|
| | | **Further Discovery Hearing set for 1/23/2019 01:00 PM in San Jose, Courtroom 5, 4th Floor.** Attorney for Plaintiff: Dominik Slusarczyk. Attorney for Defendant: Amanda Major, Liv Herriot. (FTR Time: 1:07pm-1:14pm) *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (lmh, COURT STAFF) (Date Filed: 12/5/2018) (Entered: 12/07/2018) |
| 12/07/2018 | 197 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-12909234.) filed by Intel Corporation. (Attachments: # 1 Certificate of Good Standing)(Steinberg, Donald) (Filed on 12/7/2018) (Entered: 12/07/2018) |
| 12/07/2018 | 199 | NOTICE by Intel Corporation *Defendant Intel Corporation's Notice Of Institution Of Inter Partes Review Of U.S. Patent No. 7,709,303 And Non-Institution Of Inter Partes Review Of U.S. Patent No. 8,566,836* (Attachments: # 1 Exhibit A)(Selwyn, Mark) (Filed on 12/7/2018) (Entered: 12/07/2018) |
| 12/07/2018 | 200 | ◁)) PDF with attached Audio File. Court Date & Time [ 12/5/2018 1:07:52 PM ]. File Size [ 3192 KB ]. Run Time [ 00:06:39 ]. (courtspeak). (Entered: 12/07/2018) |
| 12/07/2018 | 201 | TRANSCRIPT ORDER for proceedings held on 12/05/2018 before Judge Nathanael M. Cousins by Intel Corporation, for Court Reporter FTR - San Jose. (Selwyn, Mark) (Filed on 12/7/2018) (TRANSCRIBER: JOAN COLUMBINI) Modified on 12/10/2018 (lmh, COURT STAFF). (Entered: 12/07/2018) |
| 12/10/2018 | 202 | Joint ADMINISTRATIVE MOTION re Use of Equipment at Claims Construction Tutorial and Hearing *and [Proposed] Order* filed by VLSI Technology LLC. Responses due by 12/14/2018. (Wen, Charlotte) (Filed on 12/10/2018) (Entered: 12/10/2018) |
| 12/10/2018 | 203 | **ORDER GRANTING 197 MOTION FOR ADMISSION PRO HAC VICE. Signed by Judge Beth Labson Freeman on 12/10/2018. (blflc3S, COURT STAFF) (Filed on 12/10/2018) (Entered: 12/10/2018)** |
| 12/11/2018 | 204 | **ORDER GRANTING 202 ADMIN MOTION RE USE OF ELECTRONIC EQUIPMENT. Signed by Judge Beth Labson Freeman on 12/11/2018. (blflc3S, COURT STAFF) (Filed on 12/11/2018) (Entered: 12/11/2018)** |
| 12/13/2018 | 205 | Transcript of Proceedings held on December 5, 2018, before Judge Nathanael M. Cousins. Court Reporter/Transcriber Joan Marie Columbini, CSR, RPR, telephone number (510) 367-3043, joan.columbini.csr@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 201 Transcript Order, ) Redaction Request due 1/3/2019. Redacted Transcript Deadline set for 1/14/2019. Release of |

| | | |
|---|---|---|
| | | Transcript Restriction set for 3/13/2019. (Related documents(s) 201 ) (Columbini, Joan) (Filed on 12/13/2018) (Entered: 12/13/2018) |
| 12/13/2018 | 206 | **Minute Entry for proceedings held before Judge Beth Labson Freeman: Tutorial Hearing held on 12/13/2018. Plaintiff Attorney: Benjamin Hattenbach, Dominik Slusarczyk, Amy Proctor. Defendant Attorney: William Lee, Amanda Major, Louis Tompros, Donald Steinberg. Total Time in Court:1:30-4:30pm(3 Hrs.) Court Reporter: None** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(amkS, COURT STAFF) (Date Filed: 12/13/2018) (Entered: 12/13/2018)** |
| 12/14/2018 | 207 | **Minute Entry for proceedings held before Judge Beth Labson Freeman: Claims Construction Hearing held on 12/14/2018. Plaintiff Attorney: Benjamin Hattenbach, Dominik Slusarczyk, Amy Proctor. Defendant Attorney: William Lee, Amanda Major, Louis Tompros. Total Time in Court: 9:00 - 10:40/10:50 - 12:10 (3 Hours). Court Reporter: Summer Fisher. (This is a text-only entry generated by the court. There is no document associated with this entry.)** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(tshS, COURT STAFF) (Date Filed: 12/14/2018) (Entered: 12/14/2018)** |
| 12/14/2018 | 208 | TRANSCRIPT ORDER for proceedings held on 12/14/2018 before Judge Beth Labson Freeman by Intel Corporation, for Court Reporter Summer Fisher. (Selwyn, Mark) (Filed on 12/14/2018) (Entered: 12/14/2018) |
| 12/19/2018 | 209 | NOTICE by Intel Corporation *Intel Corporation's Submission Of Proposed Order Regarding Special Master* (Attachments: # 1 Proposed Order)(Selwyn, Mark) (Filed on 12/19/2018) (Entered: 12/19/2018) |
| 12/19/2018 | 210 | Proposed Order *Proposed Order Regarding Selection Of Special Master* by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 12/19/2018) (Entered: 12/19/2018) |
| 12/26/2018 | 212 | TRANSCRIPT ORDER for proceedings held on December 14, 2018 before Judge Beth Labson Freeman by VLSI Technology LLC, for Court Reporter Summer Fisher. (Slusarczyk, Dominik) (Filed on 12/26/2018) (Entered: 12/26/2018) |
| 12/28/2018 | 213 | NOTICE of Intent to Request Redaction of Transcript by Leah C Johannesson *for proceedings held on December 14, 2018 before Judge Beth Labson Freeman* (Johannesson, Leah) (Filed on 12/28/2018) (Entered: 12/28/2018) |
| 01/09/2019 | 214 | NOTICE of Appearance by Christa Jordan Laser (Laser, Christa) (Filed on 1/9/2019) (Entered: 01/09/2019) |
| 01/09/2019 | 215 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-12986110.) filed by Intel Corporation. (Attachments: # 1 Certificate of Good Standing)(Mueller, Joseph) (Filed on 1/9/2019) (Entered: 01/09/2019) |
| 01/09/2019 | 216 | |

| | | |
|---|---|---|
| | | MOTION for leave to appear in Pro Hac Vice *for Nina S. Tallon* ( Filing fee $ 310, receipt number 0971-12986278.) filed by Intel Corporation. (Attachments: # 1 Certificate of Good Standing)(Tallon, Nina) (Filed on 1/9/2019) (Entered: 01/09/2019) |
| 01/10/2019 | 217 | MOTION to Redact 211 Transcript,,, filed by VLSI Technology LLC. (Attachments: # 1 Exhibit 1, # 2 Declaration of Leah Johannesson, # 3 Proposed Order)(Johannesson, Leah) (Filed on 1/10/2019) (Entered: 01/10/2019) |
| 01/10/2019 | 218 | NOTICE of Appearance by Sonal N. Mehta (Mehta, Sonal) (Filed on 1/10/2019) (Entered: 01/10/2019) |
| 01/10/2019 | 219 | **ORDER GRANTING 215 APPLICATION FOR ADMISSION PRO HAC VICE. Signed by Judge Beth Labson Freeman on 1/10/2019. (blflc3S, COURT STAFF) (Filed on 1/10/2019) (Entered: 01/10/2019)** |
| 01/10/2019 | 220 | **ORDER GRANTING 216 APPLICATION FOR ADMISSION PRO HAC VICE. Signed by Judge Beth Labson Freeman on 1/10/2019. (blflc3S, COURT STAFF) (Filed on 1/10/2019) (Entered: 01/10/2019)** |
| 01/11/2019 | 221 | NOTICE by Intel Corporation *Notice of Withdrawal of Evelyn C. Mak* (Mak, Evelyn) (Filed on 1/11/2019) (Entered: 01/11/2019) |
| 01/22/2019 | 222 | **ORDER GRANTING 217 PLAINTIFF'S MOTION TO REDACT A PORTION OF THE DECEMBER 14, 2018 HEARING TRANSCRIPT. Signed by Judge Beth Labson Freeman on 1/22/2019. (blflc3S, COURT STAFF) (Filed on 1/22/2019) (Entered: 01/22/2019)** |
| 01/22/2019 | 223 | Redaction of 211 Transcript,,, (Related documents(s) 211 ) (Fisher, Summer) (Filed on 1/22/2019) (Entered: 01/22/2019) |
| 01/23/2019 | 224 | CLERK'S NOTICE CONTINUING Further Discovery Hearing to 2/6/2019 01:00 PM in San Jose, Courtroom 5, 4th Floor before Judge Nathanael M. Cousins. Counsel may participate by telephone and must contact the Courtroom Deputy at Lili_Harrell@cand.uscourts.gov to provide a direct dial number. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (lmh, COURT STAFF) (Filed on 1/23/2019) (Entered: 01/23/2019) |
| 01/23/2019 | 225 | Administrative Motion to File Under Seal *Intel Corporation's Conditional Motion To Seal* filed by Intel Corporation. (Attachments: # 1 Declaration Of Mark D. Selwyn In Support Of Intel Corporation's Administrative Motion To Conditionally File Document Under Seal, # 2 Proposed Order, # 3 Intel Corporation's Opposition To VLSI Technology LLC's Motion To Redact A Portion Of The December 14, 2018 Hearing Transcript 217 (Sealed), # 4 Declaration Of Mark D. Selwyn In Support Of Intel Corporation's Opposition To VLSI Technology LLC's Motion To Redact A Portion Of The December 14, 2018 Hearing Transcript, # 5 Exhibit A, # 6 Exhibit B, # 7 Exhibit C, # 8 Exhibit D, # 9 Exhibit E, # 10 Proposed Order)(Selwyn, Mark) (Filed on 1/23/2019) (Entered: 01/23/2019) |
| 01/25/2019 | 226 | |

| | | |
|---|---|---|
| | | REPLY (re 225 Administrative Motion to File Under Seal *Intel Corporation's Conditional Motion To Seal* ) *In Support of Motion to Redact* filed byVLSI Technology LLC. (Johannesson, Leah) (Filed on 1/25/2019) (Entered: 01/25/2019) |
| 01/29/2019 | 227 | NOTICE by Intel Corporation *Intel Corporation's Notice Regarding Evelyn C. Mak* (Selwyn, Mark) (Filed on 1/29/2019) (Entered: 01/29/2019) |
| 01/31/2019 | 228 | STIPULATION WITH PROPOSED ORDER *Vacating Scheduled January 31, 2019 Joint Case Management Statement Deadline and Continuing the Scheduled February 7, 2019 Case Management Conference* filed by VLSI Technology LLC. (Slusarczyk, Dominik) (Filed on 1/31/2019) (Entered: 01/31/2019) |
| 01/31/2019 | 229 | REDACTION to 223 Redacted Transcript *of the December 14, 2018 Hearing Transcript Pursuant to Court's Order at D.I. 222* by VLSI Technology LLC. (Johannesson, Leah) (Filed on 1/31/2019) (Entered: 01/31/2019) |
| 02/01/2019 | 230 | **ORDER GRANTING 228 STIPULATION TO CONTINUE CMC; RESETTING CMC FOR MAY 9, 2019. Signed by Judge Beth Labson Freeman on 2/1/2019. (blflc3S, COURT STAFF) (Filed on 2/1/2019) (Entered: 02/01/2019)** |
| 02/01/2019 | 231 | CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE. Case Management Statement due by 5/2/2019. Initial Case Management Conference set for 5/9/2019 11:00 AM in San Jose, Courtroom 3, 5th Floor. *(This is a text-only entry generated by the court. There is no document associated with this entry.).* (tshS, COURT STAFF) (Filed on 2/1/2019) (Entered: 02/01/2019) |
| 02/04/2019 | 232 | NOTICE of Appearance by Kevin A. Goldman *On Behalf Of Intel Corporation* (Goldman, Kevin) (Filed on 2/4/2019) (Entered: 02/04/2019) |
| 02/06/2019 | 233 | **Minute Entry for proceedings held before Judge Nathanael M. Cousins. Further Discovery Hearing held on 2/6/2019: Appointment of special master remains under submission.** Attorney for Plaintiff: Amy Proctor. Attorneys for Defendant: Joe Mueller, Liv Herriot. FTR Time: 1:04pm - 1:24pm (Time in Court: 20 minutes). *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (lmh, COURT STAFF) (Date Filed: 2/6/2019) (Entered: 02/06/2019) |
| 02/06/2019 | 234 | ◉ PDF with attached Audio File. Court Date & Time [ 2/6/2019 1:04:22 PM ]. File Size [ 9544 KB ]. Run Time [ 00:19:53 ]. (courtspeak). (Entered: 02/06/2019) |
| 02/07/2019 | 235 | **ORDER RE: 209 , 210 THE PARTIES' SUBMISSIONS OF PROPOSED ORDERS REGARDING SPECIAL MASTER. Signed by Judge Beth Labson Freeman on 2/6/2019. (blflc3S, COURT STAFF) (Filed on 2/7/2019) (Entered: 02/07/2019)** |
| 02/07/2019 | 236 | |

| | | |
|---|---|---|
| | | TRANSCRIPT ORDER for proceedings held on 02/06/2019 before Judge Nathanael M. Cousins by Intel Corporation, for Court Reporter FTR - San Jose. (Selwyn, Mark) (Filed on 2/7/2019) (TRANSCRIBER: JOAN COLUMBINI) Modified on 2/7/2019 (lmh, COURT STAFF). (Entered: 02/07/2019) |
| 02/08/2019 | 237 | NOTICE by Intel Corporation *Defendant Intel Corporation's Notice Of Institution Of Inter Partes Review Of U.S. Patent Nos. 7,268,588 And 8,004,922* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Selwyn, Mark) (Filed on 2/8/2019) (Entered: 02/08/2019) |
| 02/12/2019 | 238 | NOTICE by VLSI Technology LLC *Of Supplemental Authority Relevant To Pending Claim Construction Issues* (Attachments: # 1 Exhibit A)(Johannesson, Leah) (Filed on 2/12/2019) (Entered: 02/12/2019) |
| 02/13/2019 | 239 | NOTICE by Intel Corporation *Defendant Intel Corporation's Notice Of Institution Of Inter Partes Review Of U.S. Patent Nos. 8,268,672 And 7,706,207* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Selwyn, Mark) (Filed on 2/13/2019) (Entered: 02/13/2019) |
| 02/14/2019 | 240 | Transcript of Proceedings held on February 6, 2019, before Judge Nathanael M. Cousins. Court Reporter/Transcriber Joan Marie Columbini, CSR, RPR, telephone number (510) 367-3043, joan.columbini.csr@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 236 Transcript Order, ) Redaction Request due 3/7/2019. Redacted Transcript Deadline set for 3/18/2019. Release of Transcript Restriction set for 5/15/2019. (Related documents(s) 236 ) (Columbini, Joan) (Filed on 2/14/2019) (Entered: 02/14/2019) |
| 02/15/2019 | 241 | **ORDER CONSTRUING CLAIMS IN U.S. PATENT NOS. 7,675,806; 7,709,303; 8,004,922; 8,020,014; 8,268,672; 8,566,836. Signed by Judge Beth Labson Freeman on 2/15/2019. (blflc3S, COURT STAFF) (Filed on 2/15/2019) (Entered: 02/15/2019)** |
| 02/15/2019 | 242 | NOTICE of Appearance by Arthur W Coviello *on Behalf of Intel Corporation* (Coviello, Arthur) (Filed on 2/15/2019) (Entered: 02/15/2019) |
| 02/15/2019 | 243 | TRANSCRIPT ORDER for proceedings held on 02/06/2019 before Judge Nathanael M. Cousins by VLSI Technology LLC, for Court Reporter Joan Columbini. (Slusarczyk, Dominik) (Filed on 2/15/2019) (Entered: 02/15/2019) |
| 02/22/2019 | 244 | NOTICE by Intel Corporation *Defendant Intel Corporation's Notice of Institution of Inter Partes Review of U.S. Patent No. 8,020,014* (Attachments: # 1 Exhibit A)(Selwyn, Mark) (Filed on 2/22/2019) (Entered: 02/22/2019) |
| 02/22/2019 | 245 | Administrative Motion to File Under Seal *(Intel Corporation's Conditional Motion to Seal)* filed by Intel Corporation. (Attachments: # 1 Declaration of Mark D. Selwyn In Support of Intel Corporation's Administrative Motion To Conditionally File Document Under Seal, # 2 Proposed Order, # 3 Unredacted |

| | | |
|---|---|---|
| | | Version of Discovery Letter Brief)(Selwyn, Mark) (Filed on 2/22/2019) (Entered: 02/22/2019) |
| 02/25/2019 | 246 | Letter *Requesting Leave To File Exhibits To Discovery Letter (D.I. 245-3).* (Attachments: # 1 Exhibit 4)(Johannesson, Leah) (Filed on 2/25/2019) (Entered: 02/25/2019) |
| 02/25/2019 | 247 | Administrative Motion to File Under Seal *(Exhibits 1-3 to the Joint Discovery Letter Brief (D.I. 245-3))* filed by VLSI Technology LLC. (Attachments: # 1 Declaration of Leah Johannesson, # 2 Proposed Order, # 3 Unredacted Version of Exhibit 1, # 4 Unredacted Version of Exhibit 2, # 5 Unredacted Version of Exhibit 3)(Johannesson, Leah) (Filed on 2/25/2019) (Entered: 02/25/2019) |
| 02/26/2019 | 248 | Declaration of Leah Johannesson in Support of 245 Administrative Motion to File Under Seal *(Intel Corporation's Conditional Motion to Seal)* filed byVLSI Technology LLC. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Related document(s) 245 ) (Johannesson, Leah) (Filed on 2/26/2019) (Entered: 02/26/2019) |
| 02/28/2019 | 249 | **ORDER GRANTING LETTER Requesting Leave To File Exhibits To Discovery Letter (D.I. 245-3) filed by VLSI Technology LLC 246 . Signed by Judge Nathanael Cousins on 2/28/2019.** (lmh, COURT STAFF) (Filed on 2/28/2019) (Entered: 02/28/2019) |
| 02/28/2019 | 250 | MOTION to Stay *Defendant Intel Corporation's Notice Of Motion And Motion To Stay Pending Inter Partes Review* filed by Intel Corporation. Motion Hearing set for 7/25/2019 09:00 AM in San Jose, Courtroom 3, 5th Floor before Judge Beth Labson Freeman. Responses due by 3/14/2019. Replies due by 3/21/2019. (Attachments: # 1 Declaration Of Mark D. Selwyn In Support Of Defendant Intel Corporation's Motion To Stay Pending Inter Partes Review, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Exhibit Y, # 27 Exhibit Z, # 28 Proposed Order)(Selwyn, Mark) (Filed on 2/28/2019) (Entered: 02/28/2019) |
| 03/01/2019 | 251 | Declaration of Mark D. Selwyn in Support of 247 Administrative Motion to File Under Seal *(Exhibits 1-3 to the Joint Discovery Letter Brief (D.I. 245-3))* filed byIntel Corporation. (Attachments: # 1 Proposed Order)(Related document(s) 247 ) (Selwyn, Mark) (Filed on 3/1/2019) (Entered: 03/01/2019) |
| 03/01/2019 | 252 | EXHIBITS re 247 Administrative Motion to File Under Seal *(Exhibits 1-3 to the Joint Discovery Letter Brief (D.I. 245-3))* Exhibit 1 [Sealed-Highlighted] filed byIntel Corporation. (Attachments: # 1 Exhibit 2 [Sealed-Highlighted], # 2 Exhibit 3 [Sealed-Highlighted])(Related document(s) 247 ) (Selwyn, Mark) (Filed on 3/1/2019) (Entered: 03/01/2019) |
| 03/02/2019 | 253 | STIPULATION WITH PROPOSED ORDER re 250 MOTION to Stay *Defendant Intel Corporation's Notice Of Motion And Motion To Stay Pending* |

| | | |
|---|---|---|
| | | *Inter Partes Review* filed by VLSI Technology LLC. (Attachments: # 1 Proposed Order)(Proctor, Amy) (Filed on 3/2/2019) (Entered: 03/02/2019) |
| 03/04/2019 | 254 | **ORDER MODIFYING PRIOR ORDER AT ECF 222 ; DENYING DEFENDANT'S SEALING MOTION AT ECF 225 . Signed by Judge Beth Labson Freeman on 3/4/2019. (blflc3S, COURT STAFF) (Filed on 3/4/2019) (Entered: 03/04/2019)** |
| 03/05/2019 | 255 | NOTICE by Intel Corporation *Defendant Intel Corporation's Notice Of Institution Of Inter Partes Review Of U.S. Patent No. 8,020,014 (IPR2018-01661)* (Attachments: # 1 Exhibit A)(Selwyn, Mark) (Filed on 3/5/2019) (Entered: 03/05/2019) |
| 03/07/2019 | 256 | **ORDER GRANTING INTEL'S MOTION TO SEAL. Re: Dkt. No. 245 . Signed by Judge Nathanael Cousins.** (lmh, COURT STAFF) (Filed on 3/7/2019) (Entered: 03/07/2019) |
| 03/07/2019 | 257 | **ORDER GRANTING VLSI'S MOTION TO SEAL. Re: Dkt. No. 247 . Signed by Judge Nathanael Cousins.** (lmh, COURT STAFF) (Filed on 3/7/2019) (Entered: 03/07/2019) |
| 03/08/2019 | 258 | REDACTION to 223 Redacted Transcript *of the December 14, 2018 Hearing Transcript Pursuant to the Court's Order at D.I. 254* by VLSI Technology LLC. (Johannesson, Leah) (Filed on 3/8/2019) (Entered: 03/08/2019) |
| 03/11/2019 | 259 | EXHIBITS re 225 Administrative Motion to File Under Seal *Intel Corporation's Conditional Motion To Seal - Intel Corporation's Opposition To VLSI Technology LLC's Motion To Redact A Portion Of The December 14, 2018 Hearing Transcript (Unredacted)* filed byIntel Corporation. (Related document(s) 225 ) (Selwyn, Mark) (Filed on 3/11/2019) (Entered: 03/11/2019) |
| 03/11/2019 | 260 | **Order denying [ECF 164] Discovery Letter Brief, without prejudice, in light of stipulation to stay case [ECF 253] entered by Judge Nathanael M. Cousins. Parties must confer and resubmit disputed discovery issues within 14 days of Court lifting stay. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Entered: 03/11/2019)** |
| 03/11/2019 | 261 | **ORDER GRANTING 253 STIPULATION REGARDING MOTION TO STAY; TERMINATING 250 DEFENDANT'S MOTION TO STAY. Signed by Judge Beth Labson Freeman on 3/11/2019. (blflc3S, COURT STAFF) (Filed on 3/11/2019) (Entered: 03/11/2019)** |
| 03/12/2019 | 262 | STIPULATION WITH PROPOSED ORDER re 107 Protective Order *Joint Motion to Amend Stipulated Protective Order* filed by VLSI Technology LLC. (Attachments: # 1 Proposed Order Stipulated and [Proposed] Amendment to Stipulated Protective Order)(Slusarczyk, Dominik) (Filed on 3/12/2019) (Entered: 03/12/2019) |
| 03/12/2019 | 263 | **ORDER GRANTING Joint Motion to Amend Stipulated Protective Order 262 . Signed by Judge Nathanael Cousins.** (lmh, COURT STAFF) (Filed on 3/12/2019) (Entered: 03/12/2019) |
| 10/08/2019 | 264 | |

| | | |
|---|---|---|
| | | STIPULATION WITH PROPOSED ORDER re 107 Protective Order *Joint Motion to Amend Stipulated Protective Order* filed by VLSI Technology LLC. (Attachments: # 1 Proposed Order Second Stipulated Amendment to Stipulated Protective Order)(Wen, Charlotte) (Filed on 10/8/2019) (Entered: 10/08/2019) |
| 10/09/2019 | 265 | **ORDER GRANTING SECOND STIPULATED AMENDMENT to Stipulated Protective Order 264 . Signed by Judge Nathanael Cousins.** (lmh, COURT STAFF) (Filed on 10/9/2019) (Entered: 10/09/2019) |
| 11/05/2019 | 266 | ADMINISTRATIVE MOTION Motion to Consider Whether Cases Are Related filed by VLSI Technology LLC. Responses due by 11/12/2019. (Attachments: # 1 Declaration of A. Matthew Ashley, # 2 Exhibit 1 to the Ashley Declaration, # 3 Proposed Order)(Ashley, Alvin) (Filed on 11/5/2019) (Entered: 11/05/2019) |
| 11/07/2019 | 267 | NOTICE by Intel Corporation *Notice of Withdrawal of Nina S. Tallon* (Selwyn, Mark) (Filed on 11/7/2019) (Entered: 11/07/2019) |
| 11/07/2019 | 268 | **ORDER APPROVING 267 NOTICE OF WITHDRAWAL OF COUNSEL (NINA S. TALLON) (blflc3S, COURT STAFF) (Filed on 11/7/2019) (Entered: 11/07/2019)** |
| 11/12/2019 | 269 | OPPOSITION/RESPONSE (re 266 ADMINISTRATIVE MOTION Motion to Consider Whether Cases Are Related ) *Defendant Intel Corporation's Opposition To Motion To Consider Whether Cases Are Related* filed byIntel Corporation. (Selwyn, Mark) (Filed on 11/12/2019) (Entered: 11/12/2019) |
| 11/13/2019 | 270 | **ORDER DENYING 266 ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED. Signed by Judge Beth Labson Freeman on 11/13/2019. (blflc3S, COURT STAFF) (Filed on 11/13/2019) (Entered: 11/13/2019)** |
| 01/10/2020 | 271 | NOTICE of Change In Counsel by Leah C Johannesson (Johannesson, Leah) (Filed on 1/10/2020) (Entered: 01/10/2020) |
| 01/10/2020 | 272 | **ORDER APPROVING 271 NOTICE OF CHANGE IN COUNSEL. Signed by Judge Beth Labson Freeman on 1/10/2020. (blflc3S, COURT STAFF) (Filed on 1/10/2020) (Entered: 01/10/2020)** |
| 02/21/2020 | 273 | NOTICE by Intel Corporation *(Notice of Withdrawal of Kevin A. Goldman),* (Goldman, Kevin) (Filed on 2/21/2020) (Entered: 02/21/2020) |
| 02/21/2020 | 274 | **ORDER APPROVING 273 NOTICE OF WITHDRAWAL OF KEVIN A. GOLDMAN. Signed by Judge Beth Labson Freeman on 2/21/2020. (blflc3S, COURT STAFF) (Filed on 2/21/2020) (Entered: 02/21/2020)** |
| 03/06/2020 | 275 | STATUS REPORT *(Joint) Regarding Inter Partes Reviews* by VLSI Technology LLC. (Proctor, Amy) (Filed on 3/6/2020) (Entered: 03/06/2020) |
| 03/17/2020 | 276 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-14286703.) filed by Intel Corporation. (Attachments: # 1 Certificate of Good Standing)(Lampert, Thomas) (Filed on 3/17/2020) (Entered: 03/17/2020) |
| 03/18/2020 | 277 | |

| | | |
|---|---|---|
| | | **ORDER GRANTING APPLICATION [276](#) FOR ADMISSION OF ATTORNEY PRO HAC VICE. Signed by Judge Beth Labson Freeman on 3/18/2020. (blflc3S, COURT STAFF) (Filed on 3/18/2020) (Entered: 03/18/2020)** |
| 03/31/2020 | 278 | MOTION to Stay *Defendant Intel Corporation's Notice Of Motion And Motion To Continue Stay Pending Inter Partes Review* filed by Intel Corporation. Motion Hearing set for 6/4/2020 09:00 AM in San Jose, Courtroom 3, 5th Floor before Judge Beth Labson Freeman. Responses due by 4/14/2020. Replies due by 4/21/2020. (Attachments: # 1 Proposed Order)(Selwyn, Mark) (Filed on 3/31/2020) (Entered: 03/31/2020) |
| 04/14/2020 | 279 | NOTICE of Appearance by Christopher Todd Abernethy (Abernethy, Christopher) (Filed on 4/14/2020) (Entered: 04/14/2020) |
| 04/14/2020 | 280 | OPPOSITION/RESPONSE (re 278 MOTION to Stay *Defendant Intel Corporation's Notice Of Motion And Motion To Continue Stay Pending Inter Partes Review* ) filed byVLSI Technology LLC. (Abernethy, Christopher) (Filed on 4/14/2020) (Entered: 04/14/2020) |
| 04/21/2020 | 281 | REPLY (re 278 MOTION to Stay *Defendant Intel Corporation's Notice Of Motion And Motion To Continue Stay Pending Inter Partes Review* ) *Defendant Intel Corporation's Reply In Support Of Motion To Continue Stay Pending Inter Partes Review* filed byIntel Corporation. (Selwyn, Mark) (Filed on 4/21/2020) (Entered: 04/21/2020) |
| 05/06/2020 | 282 | **ORDER REGARDING DEFENDANT'S MOTION TO CONTINUE STAY PENDING INTER PARTES REVIEW AT ECF 278 . Signed by Judge Beth Labson Freeman on 5/6/2020. (blflc3S, COURT STAFF) (Filed on 5/6/2020) (Entered: 05/06/2020)** |
| 05/11/2020 | 283 | Response re 282 Order *Defendant Intel Corporation's Response Regarding Status Of IPR Appeals* byIntel Corporation. (Selwyn, Mark) (Filed on 5/11/2020) (Entered: 05/11/2020) |
| 06/02/2020 | 284 | **CLERK'S NOTICE CONVERTING MOTION HEARING ON 6/4/2020 TO ZOOM WEBINAR.** <br><br> **\*\*\*REGISTRATION OF COUNSEL IN ADVANCE IS REQUIRED, SEE BELOW\*\*\*** <br><br> **Pre-registration by counsel with the clerk in advance of the Pretrial Conference must be done by emailing one list from each side of the names of counsel who will be participating in the hearing to blfcrd@cand.uscourts.gov no later than Wednesday, June 3 at 2:00 PM, PST.** <br><br> **All counsel, public, and press will join the webinar as attendees and be able to see and hear the proceedings but will not be able to participate in the proceedings until the Court switches them over to a participant. Before each case is called, counsel who have pre-registered with the clerk in advance of the hearing will be converted from attendee to participant.** |

|  |  | Once the hearing ends for their case, they will be switched back to attendee. The information below is for all counsel, members of the public and press to use for accessing the hearings set on June 4, 2020, at 9:00 AM.<br><br>***All Preregistered Counsel participating in the hearing shall sign in no later than 8:50 AM for check in.***<br><br>You are invited to a Zoom webinar. When: June 4, 2020 09:00 AM Pacific Time (US and Canada) Topic: Thursday 6/4/2020 Judge Freeman Civil Law and Motion / Case Management Conference<br><br>Please use the link below to join the webinar: https://us02web.zoom.us/j/87694551314? pwd=SU1MVmZValhHaldzOVgrMmhwLzRFQT09 Password: 984680<br><br>Or go to: https://zoom.us/join<br>Webinar ID: 876 9455 1314<br>Password: 984680<br><br>By Telephone:<br>1 929 205 6099<br>Webinar ID: 876 9455 1314<br>Password: 984680<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tshS, COURT STAFF) (Filed on 6/2/2020) (Entered: 06/02/2020) |
|---|---|---|
| 06/04/2020 | 285 | **Minute Entry for proceedings held before Judge Beth Labson Freeman: Motion Hearing held on 6/4/2020 re** 278 **MOTION to Stay** *Defendant Intel Corporation's Notice Of Motion And Motion To Continue Stay Pending Inter Partes Review* **filed by Intel Corporation.**<br>**A forthcoming Order will memorialize all relevant information, deadlines, and rulings from the hearing.**<br>**Parties shall meet and confer and submit a Joint Status Statement regarding trail dates by June 12, 2020.**<br>**Total Time in Court: 23 Minutes.**<br>**Court Reporter: Summer Fisher.**<br>**Plaintiff Attorney: Christopher Abernethy, Benjamin Hattenbach via Zoom Webinar.**<br>**Defendant Attorney: William Lee, Mark Selwyn via Zoom Webinar.**<br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (tshS, COURT STAFF) (Date Filed: 6/4/2020) (Entered: 06/04/2020) |
| 06/04/2020 | 286 | TRANSCRIPT ORDER for proceedings held on 06/04/2020 before Judge Beth Labson Freeman by Intel Corporation, for Court Reporter Summer Fisher. (Selwyn, Mark) (Filed on 6/4/2020) (Entered: 06/04/2020) |

| 06/04/2020 | 287 | TRANSCRIPT ORDER for proceedings held on June 4, 2020 before Judge Beth Labson Freeman by VLSI Technology LLC, for Court Reporter Summer Fisher. (Slusarczyk, Dominik) (Filed on 6/4/2020) (Entered: 06/04/2020) |
| --- | --- | --- |
| 06/05/2020 | 288 | Transcript of Proceedings held on 06/04/2020, before Judge Beth Labson Freeman. Court Reporter/Transcriber Summer Fisher, telephone number 408-288-6150 summer_fisher@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 286 Transcript Order ) Redaction Request due 6/26/2020. Redacted Transcript Deadline set for 7/6/2020. Release of Transcript Restriction set for 9/3/2020. (Related documents(s) 286 ) (Fisher, Summer) (Filed on 6/5/2020) (Entered: 06/05/2020) |
| 06/11/2020 | 289 | STIPULATION WITH PROPOSED ORDER re 285 Motion Hearing,,, filed by VLSI Technology LLC. (Attachments: # 1 Proposed Order)(Abernethy, Christopher) (Filed on 6/11/2020) (Entered: 06/11/2020) |
| 06/12/2020 | 290 | **ORDER MODIFYING CASE SCHEDULE AND EXTENDING THE STAY UNTIL SEPTEMBER 1, 2021 (GRANTING STIPULATION 289 ). Signed by Judge Beth Labson Freeman on 6/12/2020. (blflc3S, COURT STAFF) (Filed on 6/12/2020) (Entered: 06/12/2020)** |
| 06/15/2020 | | Reset Hearing Dates re 290 Order on Stipulation: Stay Pending Inter Partes Review Lifted 9/1/2021. Last Day to Hear Dispositive Motions set for 8/4/2022 09:00 AM. Final Pretrial Conference set for 11/3/2022 01:30 PM. Jury Selection set for 12/2/2022, 12/5/2022 09:00 AM. Jury Trial set for 12/5/2022, 12/6/2022, 12/7/2022, 12/8/2022, 12/9/2022, 12/12/2022, 12/13/2022, 12/14/2022, 12/15/2022, 12/16/2022 09:00 AM in San Jose, Courtroom 3, 5th Floor before Judge Beth Labson Freeman. (tshS, COURT STAFF) (Filed on 6/15/2020) (Entered: 06/15/2020) |
| 09/09/2020 | 291 | NOTICE of Change of Address by Mark Daniel Selwyn (Selwyn, Mark) (Filed on 9/9/2020) (Entered: 09/09/2020) |
| 01/22/2021 | 292 | ADMINISTRATIVE MOTION For Relief From Protective Order filed by Intel Corporation. Responses due by 1/26/2021. (Attachments: # 1 Declaration of Mark D. Selwyn In Support Of Intel Corporation's Administrative Motion For Relief From Protective Order, # 2 Proposed Order)(Selwyn, Mark) (Filed on 1/22/2021) (Entered: 01/22/2021) |
| 01/26/2021 | 293 | CLERK'S NOTICE RE: 292 Administrative Motion For Relief From Protective Order. This motion will be addressed by Judge Nathanael Cousins. Response due 1/26/2021. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (lmhS, COURT STAFF) (Filed on 1/26/2021) (Entered: 01/26/2021) |
| 01/26/2021 | 294 | OPPOSITION/RESPONSE (re 292 ADMINISTRATIVE MOTION For Relief From Protective Order ) filed byVLSI Technology LLC. (Attachments: # 1 |

|  |  | Declaration of Michael D. Harbour, # 2 Exhibit A to Harbour Declaration, # 3 Exhibit B to Harbour Declaration)(Harbour, Michael) (Filed on 1/26/2021) (Entered: 01/26/2021) |
|---|---|---|
| 01/26/2021 | 295 | Proposed Order re 294 Opposition/Response to Motion, by VLSI Technology LLC. (Harbour, Michael) (Filed on 1/26/2021) (Entered: 01/26/2021) |
| 02/05/2021 | 296 | NOTICE by Intel Corporation *Joint Statement Of Recent Decisions* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Selwyn, Mark) (Filed on 2/5/2021) (Entered: 02/05/2021) |
| 02/05/2021 | 297 | **Order denying 292 Administrative Motion for Relief From Protective Order entered by Judge Nathanael M. Cousins. The Court finds that Intel has not established good cause for relief. It has not shown the relevance of the materials requested for the antitrust case before Judge Chen. Moreover, the Court finds that VLSI relied on the protective order and it would be unfair to grant the relief requested by Intel at this time. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Entered: 02/05/2021)** |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/10/2021 06:05:14 | | | |
| **PACER Login:** | cy1046new:4063997:4102529 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:17-cv-05671-BLF |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |