# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.,

        Plaintiff,

     v.

IXI MOBILE (R&D) LTD. and IXI IP, LLC,

        Defendants.

Case No. 4:19-cv-06769-HSG

**ORDER OF DISMISSAL**

    Before the Court is Plaintiff Apple Inc.'s ("Apple") and Defendants IXI Mobile (R&D) LTD and IXI IP, LLC's ("IXI") Joint Motion and Stipulation of Dismissal Pursuant to Rule 41(a)(2) (the "Motion and Stipulation"). Pursuant to Rule 41(a)(2), the parties stipulated, agreed, and moved the Court to dismiss the claims and counterclaims by and between the parties with prejudice. The parties also stipulated and agreed that each party will bear its own costs and expenses.

    In view of the Motion and Stipulation, which the Court ACCEPTS AND ACKNOWLEDGES, all claims, counterclaims, and causes of action asserted by and between Apple and IXI in this action are DISMISSED WITH PREJUDICE. All pending requests for relief between the parties are DENIED AS MOOT. It is ORDERED that each party bear its own costs, attorneys' fees, and expenses. The Clerk of the Court is directed to CLOSE the case.

Dated:  6/22/2021

_Haywood S. Gilliam Jr._

Honorable Haywood S. Gilliam Jr.